No. 24-1046

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

SHAILESH JAHAGRIDAR et. al., on behalf of themselves and all others similarly situated,

*Plaintiffs-Appellees*,

v.

THE COMPUTER HAUS OF NC, INC. et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Western District of North Carolina

## APPELLEES' MOTION TO DISMISS FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE,  MOTION FOR A STAY PENDING DISTRICT COURT'S RULING ON REQUEST FOR  ENTRY OF JUDGMENT

L. Michelle Gessner
GESSNERLAW, PLLC
602 East Morehead Street
Charlotte, North Carolina 28202
Tel: (704) 234-7442
Fax: (980) 206-0286
Email: michelle@mgessnerlaw.com

*Class Counsel for Plaintiffs-Appellees*

## I.    INTRODUCTION

Plaintiffs/Appellees herein move to dismiss the appeal of Defendants/Appellants The Computer Haus NC, Inc., et. al. on the grounds that it is premature since no final judgment has been entered. In the alternative, Plaintiffs/Appellees move to stay the appeal pending the district court's ruling on their motion for entry of final judgment and/or entry of such final judgment.

The grounds for the motion are that the district court has not entered a final judgment that complies with the applicable Federal Rules of Civil Procedure. The docket does not reflect that the general jury verdict was approved by the Court under FRCP 49 or that entry of judgment was made by the clerk under FRCP 58(b) and FRCP 79 and served on the parties under FRCP 77(d). The document entitled "Final Judgment" also does not reflect the severance of Plaintiff Shailesh Jahagirdar's individual claims as required by FRCP 54. Plaintiffs/Appellees recently filed a motion for entry of judgment (Doc. No. 352 - copy attached hereto as Exhibit A) and the district court took the issue under submission and has not ruled yet or entered the appropriate judgment.

Pursuant to this Court's Rule 27(a), counsel for Defendants have been informed of the intended filing of this motion. Counsel indicated Defendants oppose the motion to dismiss and intend to file a response. Defendants do not oppose the motion for stay.

1

## II.    PROCEDURAL BACKGROUND

Plaintiff Shailesh Jahagirdar filed the underlying action on February 5, 2020, alleging individual claims for statutory violations of the Fair Labor Standards Act ("FLSA") and the North Carolina Wage and Hour Act ("NCWHA") and North Carolina common law claims of malicious prosecution, abuse of process, intentional infliction of emotional distress, and tortious interference with prospective economic advantage. [Doc. No. 1]  On February 12, 2021, Plaintiff amended the Complaint to add class action allegations of wage and hour violations for opt-in plaintiffs in several states and named seven additional defendants on alter ego theories. [Doc. No. 116] On July 13, 2021, Plaintiffs filed a Fourth Amended Complaint naming additional alter ego defendants and a fraudulent transfer claim. [Doc. No. 166]

On November 21, 2022, the district court granted Defendants/Appellants' motion to bifurcate liability/damages from alter ego/fraudulent transfer. [Doc. No. 285] On February 15, 2023, after the jury was empaneled, the district court severed Plaintiff Jahagirdar's individual claims. There is no order severing the individual claims and it is reflected only in the transcript from the Court's hearing.

Trial on the class and collective claims commenced on February 21, 2023. On March 1, 2023, Plaintiffs/Appellees received a Jury Verdict in their favor on their class and collective wage claims.  [Doc. No. 327] On March 2, 2023,

Plaintiff/Appellants received a partial court judgment in their favor during Phase Two, which is reflected only in a  Minute Entry stating "Bench Trial indicating Court stated findings on the record. Order/Judgment to Issue."

On March 30, 2023, Plaintiffs/Appellees filed a Post Trial Memorandum/Brief in Support of Liquidated Damages, Penalties, Interest and Attorney's Fees. [Doc. No. 330] On July 14, 2023, the district court granted in part the motion for liquidated damages, penalties and interest. [Doc. No. 335] On October 20, 2023, the Court entered a "Final Judgment" and closed the case with the severed individual claims still pending.

On January 5, 2024, Defendants/Appellants filed a Notice of Appeal.  [Doc. No. 344] On February 1, 2024, this Court ordered mediation.  [USCA Doc. No. 10] Mediation was conducted  and resulted in an impasse.  On April 9, 2024 this Court entered a briefing schedule reflecting the following deadlines:   Opening Brief and Joint Appendix due on May 20, 2024; Response Brief due on June 18, 2024 and Reply Brief due 21 days thereafter.  [USCA Doc. No. 15]

## III.    LEGAL DISCUSSION

Under Rule 49, after a jury trial in which there is a general verdict with answers to written questions, the court approves that the answers are consistent and then must approve, for entry under Rule 58, an appropriate judgment on the verdict

and answers. Under Rule 54(a), after an action is tried on the facts without a jury, judgment must be entered under Rule 58.

Under subdivision (a) of Rule 58, every judgment must be set out in a separate document, unless one of the exceptions applies, none of which are applicable here. Under subdivision (b), which is subject to Rule 54(b), the act of entering the judgment can either be done by the clerk without the court's discretion or upon approval of the court. Here, approval of the Court was required because the jury returned a general verdict with answers to written questions, and the court granted other relief in the bench trial. Under subdivision (c), if a separate document is required as it is here, then judgment is considered entered either when the judgment is entered in the civil docket under Rule 79(a) and the earlier of the following events - it is set out in a separate document; or 150 days have run from entry in the civil docket.

However, there was no judgment entered on the jury verdict or the bench trial. To the extent the document entitled "Final Judgment" is considered a judgment that could be entered, there does not appear to be an act by the clerk doing so or a record of service of such entry of judgment on the parties.

Furthermore, to be considered final under Rule 54(b), which is incorporated into Rule 58(b), the "Final Judgment" there must be the ultimate disposition "adjudicating all the claims and all the parties' rights and liabilities." *Willhauck v.*

4

*Halpin,* 953 F.2d 689, 1991 U.S. App. LEXIS 29870 (1st Cir. 1991). The Final

Judgment here does not adjudicate all claims against all parties because it does not

include resolution of several claims that preceded it. At the very least, the Court's

July 14, 2023 Order, awarding liquidated damages, penalties and interest, remains

in a separate document that is not incorporated, or even referenced, in the October

20, 2023 Final Judgment.

Additionally, the Jury Verdict is not even made part of the "Final Judgment"

because it is mentioned only within a recitation of the prior proceedings and

referenced as "Exhibit A" to Doc. No. 327, which is the Jury Verdict itself, not an

exhibit. There is no language incorporating the Jury Verdict into the Judgment;

there is just the historical reference. Arguably, Plaintiffs do not have any final

judgment awarding any monetary amount that they can enforce against

Defendants. At most, Plaintiffs have a preliminary order on Phase Two, which has

not been entered as a judgment, addressing alter ego and fraudulent transfer, but

with no money judgment that it ties back to. Separately, Plaintiffs have a jury

verdict that has not been approved by the Court or entered by the clerk and a

post-trial order that has not been made part of any judgment. A verdict is not a

judgment but only a basis for judgment which may or may not be entered upon it,

and judgment is distinct from verdict returned by jury. *Frazier v. Allstate Ins. Co.,*

E.D.Tenn.1964, 229 F.Supp. 512.

Furthermore, the docket (copy attached here to as Exhibit B) does not reflect any Order severing Mr. Jahagirdar's individual claims from the remainder of the action and/or assigning a new case number. Thus, the document entitled "Final Judgment" does not comply with FRCP 54. In fact, the docket actually identifies this matter as "Closed." As it stands now, Mr. Jahagirdar's individual claims have completely disappeared procedurally from this case with no plain reference in the docket of where they went or what their status is.

The district court has taken under submission the motion filed by Plaintiffs/Appellees to complete the procedural steps needed to finalize the judgment and other post-trial motions. In the meantime, the appeal should be dismissed for lack of jurisdiction or, at the very least, stayed pending resolution of the foregoing issues by the district court.

In addition, Defendants/Appellees have not paid the judgment or acquired a supersedeas bond pending appeal and it is procedurally impossible for Plaintiffs/Appellees to enforce their right to collect or require a bond without a final judgment stating a certain monetary sum of damages and in the correct form in compliance with the Federal Rules of Civil Procedure.

## III.    CONCLUSION

Plaintiffs respectfully request that this Court dismiss or stay the appeal pending the district court's entry of judgment under Rules 58(b) and FRCP 79 after

6

approving the jury verdict under FRCP 49 and issuing a judgment in a separate document under Rules 52 and 58, and in accordance with Rule 54(b) on all the issues that have been resolved, including liquidated damages, penalties and interest.

Respectfully submitted this 15th day of April 2024.

/s/ L. Michelle Gessner
L. Michelle Gessner, NCSB#26590
GESSNERLAW, PLLC
602 East Morehead Street
Charlotte, North Carolina 28202
Tel: (704) 234-7442; Fax: (980) 206-0286
Email: michelle@mgessnerlaw.com

*Class Counsel for Plaintiffs/Appellees*

# CERTIFICATE OF SERVICE

I certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: April 15, 2024

*/s/ L. Michelle Gessner*
L. Michelle Gessner, NCSB#26590
GESSNERLAW, PLLC
602 East Morehead Street
G.G. Galloway House
Charlotte, North Carolina 28202
Tel: (704) 234-7442; Fax: (980) 206-0286
Email: michelle@mgessnerlaw.com

*Class Counsel for Plaintiffs/Appellees*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Civil Action No. 1:20-cv-0033-MOC**

| | |
|---|---|
| SHAILESH JAHAGIRDAR, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>THE COMPUTER HAUS NC, INC. d/b/a CITYMAC, *et al.*,<br><br>    Defendants. | **PLAINTIFFS' REQUEST PURSUANT TO 58(d) FOR ENTRY OF JUDGMENT UNDER RULES 54, 58(b) AND 79 UPON APPROVAL OF JURY VERDICT UNDER FRCP 49 AND ISSUANCE OF A JUDGMENT IN ACCORDANCE WITH FRCP 58(a) AND 54(b)** |

Plaintiffs herein, by and through the undersigned counsel, hereby request, pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 58(d), an entry of judgment under Rule 59(b) and Rule 79(a), after this Court approves the jury verdict under Rule 49 and the clerk enters judgment on the jury verdict and the bench trial in accordance with Rules 52, 54(b) and 58(a). Plaintiffs further request the Court to enter an Order severing Mr. Jahagirdar's individual claims and either assign a new case number or direct the "Closed" designation in the docket for this case to be removed.

## I.    PROCEDURAL HISTORY

This case has become a procedural quagmire that involved a bifurcation of the trial into two phases, severing of certain claims from Phase One, a Jury Verdict on Phase One and a bench trial ruling on Phase Two, an Order awarding liquidated damages, penalties and interest, various post-trial motions and an appeal to Fourth Circuit pending at the same time as an unresolved Rule 60 motion. Throughout the procedural obstacle course that this case has become, there appear to be some hoops still left to jump through.

1

In researching and analyzing the factual and legal issues raised by the parties' motions pending before this Court, as well as Defendants' concurrent filing of an appeal with the Fourth Circuit, Plaintiffs have studied the court docket extensively to piece together an accurate procedural history. In so doing, Plaintiffs have learned that there are several procedural anomalies that require this Court's attention and remediation.

First and foremost, the docket does not reflect that the general jury verdict was approved by the Court under FRCP 49 or that entry of judgment was made by the clerk under FRCP 58(b) and FRCP 79 and served on the parties under FRCP 77(d). Instead, the docket reflects the following with regard to the issues resolved in this matter thus far:

- **March 1, 2023** - Jury Verdict. [Doc. No. 327]

- **March 2, 2023** - Minute Entry: Bench Trial indicating Court stated findings on the record. Order/Judgment to Issue.

- **March 30, 2023** - Post Trial Memorandum/Brief in Support of Liquidated Damages, Penalties, Interest and Attorney's Fees filed by Plaintiffs. [Doc. No. 330]

- **June 5, 2023** - Miscellaneous Filing, Plaintiff's Proposed Final Judgment [Doc. No. 332]

- **July 14, 2023** - Order re 330 Brief. Liquidated damages, penalties, and interest shall be awarded, in accordance with this Order, by the Court in its final order on this matter. [Doc. No. 335]

- **October 20, 2023** - Final Judgment [Doc. No. 336]

- **October 20, 2023** - The docket itself reflects that the matter was "Closed."

## II.    LEGAL DISCUSSION

In this case, there was both a jury verdict and a bench trial. Both require an entry of judgment. Under Rule 49, after a jury trial in which there is a general verdict with answers to written questions, the court approves that the answers are consistent and then must approve, for entry under Rule 58, an appropriate judgment on the verdict and answers. Under Rule 54(a), after an action is tried on the facts without a jury, judgment must be entered under Rule 58.

Under subdivision (a) of Rule 58, every judgment must be set out in a separate document, unless one of the exceptions applies, none of which are applicable here. Under subdivision (b), which is subject to Rule 54(b), the act of entering the judgment can either be done by the clerk without the court's discretion or upon approval of the court. Here, approval of the Court was required because the jury returned a general verdict with answers to written questions, and the court granted other relief in the bench trial. Under subdivision (c), if a separate document is required as it is here, then judgment is considered entered either when the judgment is entered in the civil docket under Rule 79(a) and the earlier of the following events - it is set out in a separate document; or 150 days have run from entry in the civil docket.

Here, there was no judgment entered on the jury verdict or the bench trial. To the extent the document entitled "Final Judgment" is considered a judgment that could be entered, there does not appear to be an act by the clerk doing so or a record of service of such entry of judgment on the parties.

Furthermore, to be considered final under Rule 54(b), which is incorporated into Rule 58(b), the "Final Judgment" here must be the ultimate disposition "adjudicating all the claims and all the parties' rights and liabilities." *Willhauck v. Halpin,* 953 F.2d 689, 1991 U.S. App. LEXIS 29870 (1st Cir. 1991). The Final Judgment here does not adjudicate all claims against all

3

parties because it does not include resolution of several claims that preceded it. At the very least, the Court's July 14, 2023 Order, awarding liquidated damages, penalties and interest, remains in a separate document that is not incorporated, or even referenced, in the October 20, 2023 Final Judgment.

Additionally, the Jury Verdict is not even made part of the "Final Judgment" because it is mentioned only within a recitation of the prior proceedings and references an "Exhibit A" to Doc. No. 327, which is the Jury Verdict itself, not an exhibit to the "Final Judgment". There is no language incorporating the Jury Verdict into the Judgment; there is just the historical reference. Arguably, Plaintiffs currently do not have any final judgment awarding any monetary amount that they can enforce against Defendants. At most, Plaintiffs have a preliminary order on Phase Two, which has not been entered as a judgment, addressing alter ego and fraudulent transfer, but with no money judgment that it ties back to. Separately, Plaintiffs have a jury verdict that has not been approved by the Court or entered by the clerk and a post-trial order that has not been made part of any judgment. A verdict is not a judgment but only a basis for judgment which may or may not be entered upon it, and judgment is distinct from verdict returned by jury. *Frazier v. Allstate Ins. Co.*, E.D.Tenn.1964, 229 F.Supp. 512.

Given the current posture of this case, tending to these procedural steps is even more critical because there is an appeal of the "judgment" pending before the Fourth Circuit. Defendants' appeal could be denied as premature after the parties and the Fourth Circuit will have spent time and money briefing and analyzing it. As such, Plaintiffs' Request benefits Defendants as much as it does Plaintiffs.

As a separate but equally important housekeeping issue, is that the docket does not reflect any Order severing Mr. Jahagirdar's individual claims from the remainder of the action and/or

4

assigning a new case number. In fact, the docket actually identifies this matter as "Closed." As it stands now, Mr. Jahagirdar's individual claims have completely disappeared procedurally from this case with no plain reference in the docket of where they went or what their status is. Since the claims are sitting in a "closed" case, Mr. Jahagirdar technically has no means of pursuing those claims within the context of this case. However, since the statute of limitations has been tolled on Mr. Jahagirdar's claims (and the criminal matter is still ongoing on the second set of charges so the statute of limitations has not even been triggered), Mr. Jahagirdar's only recourse will be to file a new action and start this process all over again, including another round of pleadings, discovery and motion practice. As such, it benefits *both* parties and the Court to correct the procedural status of Mr. Jahagirdar's individual claims.

## III.    CONCLUSION

Plaintiffs respectfully request that this Court direct entry of judgment under Rules 58(b) and FRCP 79 after approving the jury verdict under FRCP 49 and issuing a judgment in a separate document under Rules 52 and 58, and in accordance with Rule 54(b) on all the issues that have been resolved, including liquidated damage, penalties and interest. Plaintiffs further request that the Court enter an Order in the docket showing that Mr. Jahagirdar's individual claims were severed and either assign a new case number or direct the "Closed" designation in the docket to be removed.

Respectfully submitted this 5th day of February 2024.

*/s/ L. Michelle Gessner*
L. Michelle Gessner, NCSB#26590
GESSNERLAW, PLLC
602 East Morehead Street
Charlotte, North Carolina 28202
Tel: (704) 234-7442; Fax: (980) 206-0286
Email: michelle@mgessnerlaw.com
*Plaintiffs' Class Counsel*

5

# EXHIBIT B

APPEAL,CLOSED,IAC

# U.S. District Court
## Western District of North Carolina (Asheville)
## CIVIL DOCKET FOR CASE #: 1:20-cv-00033-MOC-WCM

| | |
|---|---|
| Jahagirdar v. The Computer Haus NC, Inc. et al | Date Filed: 02/05/2020 |
| Assigned to: District Judge Max O. Cogburn, Jr | Date Terminated: 10/20/2023 |
| Referred to: US Magistrate Judge W. Carleton Metcalf | Jury Demand: Both |
| Case in other court: Fourth, 24-01046 | Nature of Suit: 710 Labor: Fair Standards |
| Cause: 29:201 Fair Labor Standards Act | Jurisdiction: Federal Question |

**Plaintiff**

**Shailesh Jahagirdar**
*on behalf of himself and all others
similarly situated*

represented by **John Grover Hutchens , III**
Gessner Law, PLLC
602 East Morehead Street
Charlotte, NC 28202
704-234-7442
*TERMINATED: 08/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole Katherine Haynes**
Gardner Skelton, PLLC
505 East Blvd.
Charlotte, NC 28203
704-335-0350
Fax: 704-390-7027
Email: nhaynes@gardnerskelton.com
*TERMINATED: 04/25/2022*
*ATTORNEY TO BE NOTICED*

**L. Michelle Gessner**
GessnerLaw, PLLC
602 East Morehead Street
28202
Charlotte, NC 28202
704-234-7442
Fax: 980-206-0286
Email: michelle@mgessnerlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allen Allen**
*on behalf of themselves and all others
similarly situated*

represented by **John Grover Hutchens , III**
(See above for address)
*TERMINATED: 08/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole Katherine Haynes**

(See above for address)
*TERMINATED: 04/25/2022*
*ATTORNEY TO BE NOTICED*

**L. Michelle Gessner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Blais**                                    represented by   **John Grover Hutchens , III**
*on behalf of themselves and all others*                            (See above for address)
*similarly situated*                                                *TERMINATED: 08/23/2021*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Nicole Katherine Haynes**
                                                                    (See above for address)
                                                                    *TERMINATED: 04/25/2022*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **L. Michelle Gessner**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Connor Johnson**                                 represented by   **John Grover Hutchens , III**
*on behalf of themselves and all others*                            (See above for address)
*similarly situated*                                                *TERMINATED: 08/23/2021*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Nicole Katherine Haynes**
                                                                    (See above for address)
                                                                    *TERMINATED: 04/25/2022*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **L. Michelle Gessner**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Wheat**                                     represented by   **L. Michelle Gessner**
*on behalf of themselves and all others*                            (See above for address)
*similarly situated*                                                *ATTORNEY TO BE NOTICED*
*TERMINATED: 02/12/2021*

                                                                    **Nicole Katherine Haynes**
                                                                    (See above for address)
                                                                    *TERMINATED: 04/25/2022*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**George McKenna**
*on behalf of themselves and all others*
*similarly situated*
*TERMINATED: 02/12/2021*

represented by **John Grover Hutchens , III**
(See above for address)
*TERMINATED: 08/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole Katherine Haynes**
(See above for address)
*TERMINATED: 04/25/2022*
*ATTORNEY TO BE NOTICED*

**L. Michelle Gessner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rakia Green**
*on behalf of themselves and all others*
*similarly situated*

represented by **John Grover Hutchens , III**
(See above for address)
*TERMINATED: 08/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole Katherine Haynes**
(See above for address)
*TERMINATED: 04/25/2022*
*ATTORNEY TO BE NOTICED*

**L. Michelle Gessner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Free**
*on behalf of themselves and all others*
*similarly situated*

represented by **John Grover Hutchens , III**
(See above for address)
*TERMINATED: 08/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole Katherine Haynes**
(See above for address)
*TERMINATED: 04/25/2022*
*ATTORNEY TO BE NOTICED*

**L. Michelle Gessner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kamri Norris**
*on behalf of themselves and all others*
*similarly situated*

represented by **John Grover Hutchens , III**
(See above for address)
*TERMINATED: 08/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole Katherine Haynes**
(See above for address)
*TERMINATED: 04/25/2022*
*ATTORNEY TO BE NOTICED*

**L. Michelle Gessner**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

| | | |
|---|---|---|
| **The Computer Haus NC, Inc.**<br>*a North Carolina Corporation*<br>*doing business as*<br>CityMac | represented by | **Jill A. Evert**<br>Littler Mendelson<br>110 E. Court Street<br>Suite 201<br>Greenville, SC 29601<br>864-775-3201<br>Email: jevert@littler.com<br>*TERMINATED: 06/28/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jonathan W. Yarbrough**
Constangy, Brooks & Smith, LLC
84 Peachtree Road
Suite 230
Asheville, NC 28803
828-277-5137
Fax: 828-277-5138
Email: jyarbrough@constangy.com
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Murphy Horne Fletcher**
McGuire, Wood & Bissette, P.A.
48 Patton Ave.
Asheville, NC 28801
828-254-8800
Fax: 828-252-2438
Email: mfletcher@mwblawyers.com
*TERMINATED: 02/17/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
Taylor English Duma LLP
13925 Ballantyne Corporate Place
Suite 200

Charlotte, NC 28277
704-440-1275
Fax: 770-434-7376
Email: nwhite@taylorenglish.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina P. Rockoff**
McGuire, Wood & Bissette, P.A.
48 Patton Avenue
Asheville, NC 28801
828-254-8800
Fax: 828-252-2437
Email: srockoff@mwblawyers.com
*TERMINATED: 02/17/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin R. Stockton**
Alexander Ricks PLLC
1420 E 7th St., Ste. 100
28204
Charlotte, NC 28204
980-334-6489
Email:
colin.stockton@alexanderricks.com
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**John M. Spencer**
McDonald Hopkins LLC
300 N La Salle Dr
Ste 1400
Chicago, IL 60654
312-280-0111
Email: jack.spencer@alexanderricks.com
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Matthew S. Roberson**
McGuire, Wood & Bissette, P.A.
P.O. Box 3180
Asheville, NC 28802
828-254-8800
Fax: 828-641-9149
Email: mroberson@mwblawyers.com
*TERMINATED: 02/17/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
Taylor English Duma

13925 Ballantyne Corporate Place
Suite 200
Charlotte, NC 28277
984-292-2992
Email: rarnold@taylorenglish.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Troy Curran**
*an individual*

represented by **Jill A. Evert**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan W. Yarbrough**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Murphy Horne Fletcher**
(See above for address)
*TERMINATED: 02/17/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina P. Rockoff**
(See above for address)
*TERMINATED: 02/17/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin R. Stockton**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**John M. Spencer**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Matthew S. Roberson**
(See above for address)
*TERMINATED: 02/17/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ocean Tech, Inc.**
*a Delaware Corporation*
*doing business as*
CityMac

represented by **Christopher Fargo-Masuda**
Oseran Hahn, P.S.
929- 108th Ave NE, Suite 1200
Bellevue, WA 98004
425-455-3900
Fax: 425-455-9201
Email: cfmasuda@ohswlaw.com
*TERMINATED: 02/17/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jill A. Evert**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan W. Yarbrough**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon Sumerell Spainhour**
Constangy Brooks Smith & Prophete
LLP
84 Peachtree Rd.
Suite 230
Asheville, NC 28803
828-575-5818
Fax: 828-277-5138
Email: mspainhour@constangy.com
*TERMINATED: 02/17/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Teruyuki S. Olsen**
Oseran Hahn, P.S.
929- 108th Ave NE, Suite 1200

Bellevue, WA 98004
425-455-3900
Fax: 425-455-9201
Email: tolsen@ohswlaw.com
*TERMINATED: 02/17/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin R. Stockton**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**John M. Spencer**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zephyr Investments, Inc.**
*a Washington Corporation*

represented by **Jill A. Evert**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan W. Yarbrough**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin R. Stockton**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**John M. Spencer**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TS Leasing, LLC**                                    represented by    **Jill A. Evert**
*a Washington limited liability company*                              (See above for address)
                                                                      *TERMINATED: 06/28/2022*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Jonathan W. Yarbrough**
                                                                      (See above for address)
                                                                      *TERMINATED: 06/28/2022*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Nathan Adam White**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Colin R. Stockton**
                                                                      (See above for address)
                                                                      *TERMINATED: 12/20/2022*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **John M. Spencer**
                                                                      (See above for address)
                                                                      *TERMINATED: 12/20/2022*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Ryan Michel Arnold**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Curran and Company**                                represented by    **Jill A. Evert**
*TERMINATED: 04/20/2021*                                              (See above for address)
                                                                      *TERMINATED: 04/20/2021*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Jonathan W. Yarbrough**
                                                                      (See above for address)
                                                                      *TERMINATED: 04/20/2021*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Green Vault, Inc.**
*a Washington Corporation*

represented by **Jill A. Evert**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan W. Yarbrough**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin R. Stockton**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**John M. Spencer**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Curran Ranch**

represented by **Jill A. Evert**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan W. Yarbrough**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin R. Stockton**
(See above for address)

*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**John M. Spencer**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Curran Family Properties, LLC**                    represented by    **Jill A. Evert**
*a Washington limited liability company*                               (See above for address)
*TERMINATED: 04/20/2021*                                               *TERMINATED: 04/20/2021*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Jonathan W. Yarbrough**
                                                                       (See above for address)
                                                                       *TERMINATED: 04/20/2021*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Northern Passage, Inc.**                           represented by    **Jill A. Evert**
                                                                       (See above for address)
                                                                       *TERMINATED: 06/28/2022*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Jonathan W. Yarbrough**
                                                                       (See above for address)
                                                                       *TERMINATED: 06/28/2022*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Nathan Adam White**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Colin R. Stockton**
                                                                       (See above for address)
                                                                       *TERMINATED: 12/20/2022*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **John M. Spencer**
                                                                       (See above for address)
                                                                       *TERMINATED: 12/20/2022*

*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Salish Sea, LLC**                    represented by   **Jill A. Evert**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan W. Yarbrough**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin R. Stockton**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**John M. Spencer**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Curran Holdings, LLC**               represented by   **Jill A. Evert**
*a Delaware Corporation*                                (See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan W. Yarbrough**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin R. Stockton**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**John M. Spencer**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Curran**
*an individual*

represented by **Benjamin Paul Fryer**
Ford & Harrison LLP
6000 Fairview Road, Suite 1415
Charlotte, NC 28210
9802821905
Fax: 9805567183
Email: bfryer@fordharrison.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan W. Yarbrough**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Gilley**
Ford & Harrison LLP
100 Dunbar Street
Suite 300
Spartanburg, SC 29306
864-699-1100
Fax: 864-699-1101
Email: mgilley@fordharrison.com
*TERMINATED: 01/25/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Evan R. Dancy**
FordHarrison LLP
6000 Fairview Road
Suite 1415
Charlotte, NC 28210
704-677-4443
Email: edancy@fordharrison.com
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Curran Brothers, LLC**<br>*a Michigan Corporation* | represented by | **Benjamin Paul Fryer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jonathan W. Yarbrough**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Gilley**
(See above for address)
*TERMINATED: 01/25/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan R. Dancy**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Brandy Curran**<br>*an individual* | represented by | **Jonathan W. Yarbrough**<br>(See above for address)<br>*TERMINATED: 06/28/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin R. Stockton**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Jill A. Evert**
(See above for address)
*TERMINATED: 06/28/2022*
*ATTORNEY TO BE NOTICED*

**John M. Spencer**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amber Curran**
*an individual*

represented by **Jonathan W. Yarbrough**
(See above for address)
*TERMINATED: 06/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Adam White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin R. Stockton**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Jill A. Evert**
(See above for address)
*TERMINATED: 06/28/2022*
*ATTORNEY TO BE NOTICED*

**John M. Spencer**
(See above for address)
*TERMINATED: 12/20/2022*
*ATTORNEY TO BE NOTICED*

**Ryan Michel Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Ocean Dance**<br>*a Cayman Islands foreign registered<br>entity* | represented by | **Jonathan W. Yarbrough**<br>(See above for address)<br>*TERMINATED: 06/28/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nathan Adam White**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Colin R. Stockton**<br>(See above for address)<br>*TERMINATED: 12/20/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jill A. Evert**<br>(See above for address)<br>*TERMINATED: 06/28/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | **John M. Spencer**<br>(See above for address)<br>*TERMINATED: 12/20/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ryan Michel Arnold**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2020 | 1 | COMPLAINT against The Computer Haus NC, Inc., Troy Curran, with Jury Demand ( Filing fee $ 400 receipt number 0419-4374147), filed by Shailesh Jahagirdar. (Attachments: # 1 Exhibit A - Litigation Hold Notice)(Gessner, L.) Modified text on 7/15/2021 to change "All Defendants" to named defendants on this complaint (ejb). (Entered: 02/05/2020) |
| 02/07/2020 | | Case assigned to District Judge Max O. Cogburn, Jr. and Magistrate Judge W. Carleton Metcalf. Notice: You must click this link to retrieve the **Case Assignment Packet**. *This is your only notice - you will not receive a separate document.* (ejb) (Entered: 02/07/2020) |
| 02/07/2020 | 2 | Summons Issued Electronically as to The Computer Haus NC, Inc., Troy Curran. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (ejb) (Entered: 02/07/2020) |
| 02/19/2020 | 3 | AFFIDAVIT of Service filed by Shailesh Jahagirdar. Troy Curran served on 2/14/2020, answer due 3/6/2020. (Gessner, L.) (Entered: 02/19/2020) |

| 02/27/2020 | 4 | AFFIDAVIT of Service filed by Shailesh Jahagirdar. The Computer Haus NC, Inc. served on 2/22/2020, answer due 3/16/2020. (Gessner, L.) (Entered: 02/27/2020) |
|---|---|---|
| 03/06/2020 | 5 | ANSWER to 1 Complaint with Jury Demand by Troy Curran, The Computer Haus NC, Inc..(Rockoff, Sabrina) (Entered: 03/06/2020) |
| 03/06/2020 | 6 | Corporate Disclosure Statement by The Computer Haus NC, Inc. (Rockoff, Sabrina) (Entered: 03/06/2020) |
| 03/09/2020 | | NOTICE pursuant to Local Rule 16.1 you are **required** to conduct an Initial Attorney's Conference within 14 days. At the conference, the parties are **required** to discuss the issue of consent to jurisdiction of a magistrate judge in accordance with Local Rules 16.1(A) and 73.1(C). The **Certificate of Initial Attorneys Conference**, and if applicable, the **Joint Stipulation of Consent to Exercise jurisdiction by a US Magistrate Judge**, should be filed within 7 days of the conference. If appropriate, a party may file a Motion to Stay the Initial Attorney's Conference. CIAC Report due by 3/30/2020. (maf) (Entered: 03/09/2020) |
| 03/14/2020 | 7 | AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT with Jury Demand against all defendants filed by Shailesh Jahagirdar.(Gessner, L.) Modified docket text on 3/16/2020. (maf) (Entered: 03/14/2020) |
| 03/14/2020 | 8 | Exhibit by Shailesh Jahagirdar. Exhibit to 7 Amended Complaint *Exhibit A - Jahagirdar Consent* (Gessner, L.) (Entered: 03/14/2020) |
| 03/14/2020 | 9 | MOTION to Conditionally Certify a Collective Action and Facilitate Notice Pursuant to 29 U.S.C. §216(b) by Shailesh Jahagirdar. Responses due by 3/30/2020 (Gessner, L.) Modified docket text on 3/16/2020. (maf) (Entered: 03/14/2020) |
| 03/14/2020 | 10 | MEMORANDUM in Support re 9 Motion to Conditionally Certify a Collective Action and Facilitate Notice by Shailesh Jahagirdar. (Attachments: # 1 Exhibit A - Jahagirdar Declaration, # 2 Exhibit B - Notice of Collective Action Lawsuit, # 3 Exhibit C - Consent to Join)(Gessner, L.) Modified docket text on 3/16/2020. (maf) (Entered: 03/14/2020) |
| 03/15/2020 | 11 | NOTICE *of Consent to Become Party Plaintiff - Ashley Cochrane* by Shailesh Jahagirdar (Gessner, L.) (Entered: 03/15/2020) |
| 03/15/2020 | 12 | NOTICE *of Consent to Become Party Plaintiff - Hunter Rooks* by Shailesh Jahagirdar (Gessner, L.) (Entered: 03/15/2020) |
| 03/16/2020 | | Set Deadlines re Response to 7 Amended Complaint: Troy Curran answer due 3/30/2020; The Computer Haus NC, Inc. answer due 3/30/2020. (maf) (Entered: 03/16/2020) |
| 03/17/2020 | 13 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Jade M. Thomas* by Shailesh Jahagirdar (Gessner, L.) (Entered: 03/17/2020) |
| 03/24/2020 | 14 | NOTICE of Appearance by Murphy Horne Fletcher on behalf of All Defendants (Fletcher, Murphy) (Entered: 03/24/2020) |
| 03/30/2020 | 15 | ANSWER to 7 Amended Complaint by Troy Curran, The Computer Haus NC, Inc.. (Fletcher, Murphy) (Entered: 03/30/2020) |
| 03/30/2020 | 16 | RESPONSE in Opposition re 9 MOTION to Conditionally Certify a Collective Action and Facilitate Notice by Troy Curran, The Computer Haus NC, Inc.. Replies |

| | | |
|---|---|---|
| | | due by 4/6/2020 (Attachments: # 1 Exhibit A)(Fletcher, Murphy) (Attachment 1 replaced on 3/31/2020 with correct .pdf). NEF Regenerated. (ejb) (Entered: 03/30/2020) |
| 03/31/2020 | 17 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Deborah Crouson* by Shailesh Jahagirdar (Gessner, L.) (Entered: 03/31/2020) |
| 03/31/2020 | 18 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Allen D. Allen* by Shailesh Jahagirdar (Gessner, L.) (Entered: 03/31/2020) |
| 04/01/2020 | 19 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Kamri Norris* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/01/2020) |
| 04/01/2020 | 20 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Logan Sewell* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/01/2020) |
| 04/01/2020 | 21 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Aaron M. Nash* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/01/2020) |
| 04/01/2020 | 22 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Spencer Rutland* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/01/2020) |
| 04/01/2020 | 23 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Christopher R. Earle* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/01/2020) |
| 04/01/2020 | 24 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Kimberly Bartolon* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/01/2020) |
| 04/02/2020 | 25 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Logan Barrett* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/02/2020) |
| 04/02/2020 | 26 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Cara Campbell* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/02/2020) |
| 04/02/2020 | 27 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Jordan Blais* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/02/2020) |
| 04/02/2020 | 28 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Haley Chamberlain* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/02/2020) |
| 04/02/2020 | 29 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Damian Rivera* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/02/2020) |
| 04/03/2020 | | **NOTICE AND TEXT-ONLY ORDER: On March 9, 2020, the parties were notified of their obligation to conduct an Initial Attorney's Conference and file a Certificate of Initial Attorneys Conference ("CIAC") by March 30, 2020. A review of the docket indicates that the parties have not filed the CIAC. IT IS HEREBY ORDERED that the parties shall file the CIAC by April 10, 2020. So Ordered by Magistrate Judge W. Carleton Metcalf on 4/3/2020. (maf)** (Entered: 04/03/2020) |
| 04/03/2020 | 30 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Karissa Martin* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/03/2020) |
| 04/03/2020 | 31 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Sierra B. Robinson* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/03/2020) |

| 04/05/2020 | 32 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Quade Goss* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/05/2020) |
|---|---|---|
| 04/05/2020 | 33 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Jessica Clark* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/05/2020) |
| 04/06/2020 | 34 | REPLY to Response to Motion re 9 MOTION to Conditionally Certify a Collective Action and Facilitate Notice by Shailesh Jahagirdar. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gessner, L.) (Entered: 04/06/2020) |
| 04/07/2020 | 35 | DECLARATION of Ashley Cochrane by Shailesh Jahagirdar re: 34 Reply to Response to Motion. (Gessner, L.) Modified docket text on 4/8/2020. (maf) (Entered: 04/07/2020) |
| 04/09/2020 | 36 | CERTIFICATION of initial attorney conference and discovery plan (Gessner, L.) (Entered: 04/09/2020) |
| 04/10/2020 | 37 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Khadijah Steele* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/10/2020) |
| 04/15/2020 | 38 | **ORDER granting 9 Motion to Certify a Collective Action andFacilitate Notice. The Notice and Consent Form submitted by Plaintiff is APPROVED. (See Order for further details.) Signed by District Judge Max O. Cogburn, Jr. on 4/15/2020. (khm)** (Entered: 04/15/2020) |
| 04/15/2020 | 39 | **Pretrial Order and Case Management Plan: Estimated Trial Time: 5 days. Discovery due by 12/7/2020. Motions due by 1/7/2021. Mediation deadline set for 12/18/2020. Ready date for Trial set for 6/7/2021 at 9:31 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. Signed by Magistrate Judge W. Carleton Metcalf on 4/15/2020. (ejb)** (Entered: 04/15/2020) |
| 04/20/2020 | 40 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Jill Palmer* by Shailesh Jahagirdar (Gessner, L.) (Entered: 04/20/2020) |
| 05/12/2020 | 41 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Dillon Farley* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/12/2020) |
| 05/13/2020 | 42 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Austin Nelson* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/13/2020) |
| 05/14/2020 | 43 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Sean McCallister* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/14/2020) |
| 05/14/2020 | 44 | NOTICE *of Filing of Consent to Become a Party Plaintiff by David Swaby* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/14/2020) |
| 05/14/2020 | 45 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Connor Johnson* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/14/2020) |
| 05/14/2020 | 46 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Amanda Larribas (formerly Sansonetti)* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/14/2020) |
| 05/18/2020 | 47 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Scott Lowry* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/18/2020) |

| 05/18/2020 | 48 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Tatyana Melvin* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/18/2020) |
|---|---|---|
| 05/19/2020 | 49 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Steven Worthing* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/19/2020) |
| 05/21/2020 | 50 | NOTICE *of Filing of Consent to Become a Party Plaintiff by James Kolpin* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/21/2020) |
| 05/21/2020 | 51 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Victoria Bishop* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/21/2020) |
| 05/22/2020 | 52 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Anuj Patel* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/22/2020) |
| 05/26/2020 | 53 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Joel Redmond* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/26/2020) |
| 05/26/2020 | 54 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Eric Wheat* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/26/2020) |
| 05/27/2020 | 55 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Daniel Vicente* by Shailesh Jahagirdar (Gessner, L.) (Entered: 05/27/2020) |
| 06/02/2020 | 56 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Haley Stauss* by Shailesh Jahagirdar (Gessner, L.) (Entered: 06/02/2020) |
| 06/02/2020 | 57 | NOTICE *of Filing of Consent to Become a Party Plaintiff by J. Benjamin Chapman* by Shailesh Jahagirdar (Gessner, L.) (Entered: 06/02/2020) |
| 06/02/2020 | 58 | NOTICE *of Filing of Consent to Become a Party Plaintiff by J. Alex Benjamin* by Shailesh Jahagirdar (Gessner, L.) (Entered: 06/02/2020) |
| 06/11/2020 | 59 | NOTICE *of Filing of Consent to Become a Party Plaintiff by George McKenna* by Shailesh Jahagirdar (Gessner, L.) (Entered: 06/11/2020) |
| 06/17/2020 | 60 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Oscar Magana Rojas* by Shailesh Jahagirdar (Gessner, L.) (Entered: 06/17/2020) |
| 06/25/2020 | 61 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Christian Bruns* by Shailesh Jahagirdar (Gessner, L.) (Entered: 06/25/2020) |
| 06/25/2020 | 62 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Maegan Simpson* by Shailesh Jahagirdar (Gessner, L.) (Entered: 06/25/2020) |
| 06/28/2020 | 63 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Bryant Black* by Shailesh Jahagirdar (Gessner, L.) (Entered: 06/28/2020) |
| 06/29/2020 | 64 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Rakia Green* by Shailesh Jahagirdar (Gessner, L.) (Entered: 06/29/2020) |
| 07/06/2020 | 65 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Kelsey Luuloa-Philley* by Shailesh Jahagirdar (Gessner, L.) (Entered: 07/06/2020) |
| 07/07/2020 | 66 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Andrew Free* by Shailesh Jahagirdar (Gessner, L.) (Entered: 07/07/2020) |

| | | |
|---|---|---|
| 07/13/2020 | 67 | NOTICE *of Filing of Consent to Become a Party Plaintiff by Stuart Broach* by Shailesh Jahagirdar (Gessner, L.) (Entered: 07/13/2020) |
| 07/13/2020 | 68 | NOTICE *of Filing of Consent to Become a Party Plaintiff by McKenna Elliott* by Shailesh Jahagirdar (Gessner, L.) (Entered: 07/13/2020) |
| 08/05/2020 | 69 | MOTION for Leave to File *Second Amended Complaint* by Shailesh Jahagirdar. Responses due by 8/19/2020 (Attachments: # 1 Exhibit A - Second Amended Complaint) (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 08/05/2020) |
| 08/05/2020 | 70 | NOTICE *of Plaintiffs' Request for Judicial Notice in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint* by Shailesh Jahagirdar re 69 MOTION for Leave to File *Second Amended Complaint* (Attachments: # 1 Exhibit A - Computer Haus Receivership, # 2 Exhibit B - Ocean Tech - WA, # 3 Exhibit C - Ocean Tech - DE)(Gessner, L.) Modified text on 7/15/2021 (ejb). (Entered: 08/05/2020) |
| 08/05/2020 | 71 | MEMORANDUM in Support re 69 MOTION for Leave to File *Second Amended Complaint* by Shailesh Jahagirdar. (Attachments: # 1 Exhibit A - Defendants' Responses to Plaintiffs' First Request for Admissions)(Gessner, L.) (Entered: 08/05/2020) |
| 08/13/2020 | 72 | NOTICE of Appearance by Matthew S. Roberson on behalf of All Defendants (Roberson, Matthew) (Entered: 08/13/2020) |
| 08/13/2020 | 73 | Suggestion of Receivership and Automatic Stay by The Computer Haus NC, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Roberson, Matthew) Modified text on 8/14/2020 (ni). (Entered: 08/13/2020) |
| 08/19/2020 | 74 | RESPONSE in Opposition re 69 MOTION for Leave to File *Second Amended Complaint* by Troy Curran, The Computer Haus NC, Inc.. Replies due by 8/26/2020 (Attachments: # 1 Exhibit A)(Fletcher, Murphy) (Entered: 08/19/2020) |
| 08/25/2020 | 75 | REPLY to Response to Motion re 69 MOTION for Leave to File *Second Amended Complaint* by Shailesh Jahagirdar. (Attachments: # 1 Exhibit A - 05/04/2020 Email to Apple from Curran re Transfer of contract to Ocean Tech d/b/a CItyMac, # 2 Exhibit B - 06/02/2020 Email to Apple from Curran introducing his lawyer, Kastner, # 3 Exhibit C - 06/02/2020 - 06/26/2020 Email exchanges with Apple and Curran's lawyer re transfer of assets to Ocean Tech, # 4 Exhibit D - RTC Website, # 5 Exhibit E - Curran's/RTC's WA Motion to Sell Assets Free and Clear to Ocean Tech w/Executed Asset Purchase Agreement and Hanchett Declaration)(Gessner, L.) (Entered: 08/25/2020) |
| 08/27/2020 | 76 | Joint MOTION for Protective Order by Troy Curran, The Computer Haus NC, Inc.. Responses due by 9/10/2020 (Attachments: # 1 Proposed Order) (Fletcher, Murphy). Motions referred to W. Carleton Metcalf. (Entered: 08/27/2020) |
| 09/01/2020 | 77 | **CONSENT PROTECTIVE ORDER as to the Production of Confidential Documents. Signed by Magistrate Judge W. Carleton Metcalf on 9/1/2020. (maf)** (Entered: 09/01/2020) |
| 09/15/2020 | 78 | NOTICE of Change of Address by L. Michelle Gessner (Gessner, L.) (Entered: 09/15/2020) |

| 09/23/2020 | 79 | MOTION for Leave to File *Supplemental Exhibits in Support of Opposition to Plaintiff's Motion for Leave to Amend Complaint* by Troy Curran, The Computer Haus NC, Inc. Responses due by 10/7/2020 (Fletcher, Murphy). Motions referred to W. Carleton Metcalf. (Main Document 79 replaced on 9/23/2020 with correct .pdf) (ejb). (Additional attachment(s) added on 9/23/2020: # 1 Exhibit A, # 2 Exhibit B) (ejb). NEF Regenerated. (ejb) (Entered: 09/23/2020) |
| --- | --- | --- |
| 09/23/2020 | 80 | MEMORANDUM in Support re 79 MOTION for Leave to File *Supplemental Exhibits in Support of Opposition to Plaintiff's Motion for Leave to Amend Complaint* by Troy Curran, The Computer Haus NC, Inc.. (Fletcher, Murphy) (Entered: 09/23/2020) |
| 10/07/2020 | 81 | RESPONSE to Motion re 79 MOTION for Leave to File *Supplemental Exhibits in Support of Opposition to Plaintiff's Motion for Leave to Amend Complaint* by Shailesh Jahagirdar. Replies due by 10/14/2020 (Attachments: # 1 Exhibit A - Transfer of Assets on March 11, 2020 (four parcels of real property), # 2 Exhibit B - Transfer of Assets on March 11, 2020 (one parcel of real property))(Gessner, L.) (Entered: 10/07/2020) |
| 10/14/2020 | 82 | REPLY to Response to Motion re 79 MOTION for Leave to File *Supplemental Exhibits in Support of Opposition to Plaintiff's Motion for Leave to Amend Complaint* by Troy Curran, The Computer Haus NC, Inc.. (Attachments: # 1 Exhibit A)(Fletcher, Murphy) (Entered: 10/14/2020) |
| 10/15/2020 | 83 | MOTION to Amend/Correct 39 Scheduling Order, by Shailesh Jahagirdar. Responses due by 10/29/2020 (Attachments: # 1 Exhibit A - Communication with Defendants' counsel, # 2 Exhibit B - Sample discovery request) (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 10/15/2020) |
| 10/16/2020 | 84 | RESPONSE to Motion re 83 MOTION to Amend/Correct 39 Scheduling Order, by Troy Curran, The Computer Haus NC, Inc.. Replies due by 10/23/2020 (Fletcher, Murphy) (Entered: 10/16/2020) |
| 11/04/2020 | 85 | Amended MOTION for Leave to File Second Amended Complaint (amending 69 Motion) by Shailesh Jahagirdar. Responses due by 11/18/2020 (Attachments: # 1 Exhibit A - Revised Second Amended Complaint, # 2 Exhibit B - Depo Notices) (Gessner, L.) Motions referred to W. Carleton Metcalf. Modified docket text on 11/4/2020. (maf) (Entered: 11/04/2020) |
| 11/18/2020 | 86 | RESPONSE in Opposition re 85 Amended MOTION for Leave to File Second Amended Complaint by Troy Curran, The Computer Haus NC, Inc.. Replies due by 11/25/2020 (Attachments: # 1 Exhibit A)(Fletcher, Murphy) (Entered: 11/18/2020) |
| 11/23/2020 | 87 | REPLY to Response to Motion re 85 Amended MOTION for Leave to File Second Amended Complaint by Shailesh Jahagirdar. (Gessner, L.) (Entered: 11/23/2020) |
| 12/01/2020 | 88 | DESIGNATION of M. Ann Anderson as Mediator by all the parties. (Fletcher, Murphy) (Entered: 12/01/2020) |
| 12/02/2020 | | **TEXT-ONLY ORDER** *Text of Order: On December 2, 2020, the Courts chambers received correspondence from Plaintiffs counsel indicating that a discovery dispute has arisen between the parties related to the production of employee work schedules. Defense counsel subsequently informed chambers that Defendants contend that Plaintiffs discovery responses have been deficient on several counts. Pursuant to Rule 16 and the Pretrial Order and Case* |

| | | |
|---|---|---|
| | | *Management Plan, the Clerk is respectfully directed to set a telephone conference with all counsel during the week of December 7, 2020 to discuss these matters. In addition, counsel for the parties are directed to file a joint memorandum, not exceed three (3) pages, describing the dispute(s). The joint memorandum shall be filed on or before noon at least two (2) business days prior to the conference. So Ordered.* **Entered at the direction of Magistrate Judge W. Carleton Metcalf on 12/2/2020. (kby)** (Entered: 12/02/2020) |
| 12/02/2020 | | NOTICE of Hearing: Telephone Conference set for 12/8/2020 12:00 PM in Chambers before Magistrate Judge W. Carleton Metcalf. Counsel for the parties shall call into the conference line five minutes prior to the conference. *This is your only notice - you will not receive a separate document.*(kby) (Entered: 12/02/2020) |
| 12/04/2020 | 89 | MEMORANDUM/BRIEF by Shailesh Jahagirdar re: Oral or Text-Only Order,,, (Attachments: # 1 Exhibit A)(Gessner, L.) (Entered: 12/04/2020) |
| 12/08/2020 | | Minute Entry: TELEPHONE CONFERENCE held before Magistrate Judge W. Carleton Metcalf. Plaintiffs attorney: Michelle Gessner. Defendants attorney: Murphy Horne Fletcher. A telephone conference was held December 8, 2020 with Michelle Gessner participating on behalf of Plaintiff Shailesh Jahagirdar and Murphy Horne Fletcher participating on behalf of Defendants The Computer Haus NC, Inc. and Troy Curran to discuss discovery disputes that have arisen between the parties related to the production of employee work schedules and the sufficiency of certain of Plaintiffs discovery responses. Counsel will continue to confer regarding these matters. (kkb) (Entered: 12/08/2020) |
| 12/11/2020 | 90 | REPORT of Mediation. Outcome of Mediation: Parties reached an Impasse. (Anderson, M.) (Entered: 12/11/2020) |
| 12/14/2020 | 91 | **ORDER: 1) Defendants' 79 Motion for Leave to File Supplemental Exhibits is DENIED; 2) Plaintiffs' 85 Amended Motion for Leave to File Second Amended Complaint is GRANTED IN PART AND DENIED IN PART, as stated herein. Second Amended Complaint, consistent with this Order, to be filed by 12/21/2020. 3) Plaintiffs' 69 Motion for Leave to File Second Amended Complaint is DENIED AS MOOT. 4) Plaintiffs' 83 Motion to Amend Scheduling Order and Extend Deadlines is GRANTED IN PART and the following deadlines are EXTENDED: Discovery, limited to issues concerning the new parties and allegations appearing in the Second Amended Complaint, due 1/22/2021; Mediation deadline is 1/29/2021; Motions deadline extended to 2/12/2021. All other provisions of the 39 Pretrial Order, including the 6/7/2021 trial setting, remain in effect. Signed by Magistrate Judge W. Carleton Metcalf on 12/14/2020. (maf)** (Entered: 12/14/2020) |
| 12/14/2020 | | Set Deadlines pursuant to 91 Order: Second Amended Complaint due by 12/21/2020. Discovery due by 1/22/2021. Mediation deadline set for 1/29/2021. Motions due by 2/12/2021. (maf) (Entered: 12/14/2020) |
| 12/17/2020 | 92 | MOTION to Take Deposition from Kamri Norris, Allen Allen, George McKenna, and Eric Wheat by Troy Curran, The Computer Haus NC, Inc.. Responses due by 1/4/2021 (Fletcher, Murphy). Motions referred to W. Carleton Metcalf. (Entered: 12/17/2020) |
| 12/17/2020 | 93 | MEMORANDUM in Support re 92 MOTION to Take Deposition from Kamri Norris, Allen Allen, George McKenna, and Eric Wheat by Troy Curran, The |

| | | Computer Haus NC, Inc.. (Fletcher, Murphy) (Entered: 12/17/2020) |
|---|---|---|
| 12/22/2020 | 94 | SECOND AMENDED COMPLAINT with Jury Demand against The Computer Haus NC, Inc., Troy Curran, Ocean Tech, Inc., filed by Shailesh Jahagirdar, Allen Allen, Kamri Norris, Jordan Blais, Connor Johnson, Eric Wheat, George McKenna, Rakia Green, Andrew Free. (Gessner, L.) Modified docket text on 1/6/2021. (maf) Modified text by adding additional plaintiffs and defendants named on this pleading on 7/15/2021 (ejb). (Entered: 12/22/2020) |
| 12/28/2020 | 95 | MOTION to Vacate 91 Order by Shailesh Jahagirdar. Responses due by 1/11/2021 (Gessner, L.). Modified on 12/29/2020 to remove reference of referral to Magistrate. (maf) (Entered: 12/28/2020) |
| 12/28/2020 | 96 | MEMORANDUM in Support re 95 MOTION to Vacate 91 Order by Shailesh Jahagirdar. (Attachments: # 1 Exhibit A - Curran ROG Responses, # 2 Exhibit B - Curran Depo Transcript)(Gessner, L.) Modified docket text on 12/29/2020. (maf) (Entered: 12/28/2020) |
| 12/29/2020 | | NOTICE of Hearing on 92 Motion for leave to take additional depositions: Motion Hearing set for 1/6/2021 at 1:30 p.m. in Courtroom 2, 100 Otis St, Asheville, NC 28801 before Magistrate Judge W. Carleton Metcalf. Counsel may participate in this hearing via Zoom Video Conference. The Clerk will e-mail a Zoom hearing link. Counsel are directed to connect to the hearing at least five minutes prior to the scheduled start time. (maf) (Entered: 12/29/2020) |
| 01/04/2021 | 97 | RESPONSE in Opposition re 92 MOTION to Take Deposition from Kamri Norris, Allen Allen, George McKenna, and Eric Wheat by Shailesh Jahagirdar. Replies due by 1/11/2021 (Gessner, L.) (Entered: 01/04/2021) |
| 01/05/2021 | 98 | ANSWER to 94 Second Amended Complaint by Troy Curran, The Computer Haus NC, Inc.(Fletcher, Murphy) Modified docket text on 1/6/2021. (maf) (Entered: 01/05/2021) |
| 01/06/2021 | | Minute Entry: MOTION HEARING held before Magistrate Judge W. Carleton Metcalf re: 92 MOTION to Take Deposition from Kamri Norris, Allen Allen, George McKenna, and Eric Wheat . Written Order to follow. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Murphy Fletcher. Court reporter: DCR. (kby) (Entered: 01/06/2021) |
| 01/07/2021 | 99 | Summons Issued Electronically as to Ocean Tech, Inc. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4**. (maf) (Entered: 01/07/2021) |
| 01/07/2021 | 100 | **ORDER: 1) Defendants' 92 Motion for Leave to Take Additional Depositions is GRANTED, and Defendants are GRANTED LEAVE to depose Kamri Norris, Allen Allen, George McKenna, and Eric Wheat, with each deposition being limited to no more than 4 hours; and 2) Plaintiffs' oral motion to take a second deposition of Troy Curran is DENIED WITHOUT PREJUDICE. Signed by Magistrate Judge W. Carleton Metcalf on 1/7/2021. (maf)** (Entered: 01/07/2021) |
| 01/11/2021 | 101 | MEMORANDUM in Opposition re 95 MOTION to Vacate 91 Order by Troy Curran, The Computer Haus NC, Inc.. Replies due by 1/19/2021 (Fletcher, Murphy) (Entered: 01/11/2021) |

| 01/15/2021 | 103 | MOTION to Compel *Plaintiffs' Compliance with Order or, in the Alternative to Extend Dispositive Motion Deadline* by Troy Curran, The Computer Haus NC, Inc.. Responses due by 1/29/2021 (Fletcher, Murphy). Motions referred to W. Carleton Metcalf. (Entered: 01/15/2021) |
|---|---|---|
| 01/15/2021 | 104 | MEMORANDUM in Support re 103 MOTION to Compel *Plaintiffs' Compliance with Order or, in the Alternative to Extend Dispositive Motion Deadline* by Troy Curran, The Computer Haus NC, Inc.. (Attachments: # 1 Exhibit A)(Fletcher, Murphy) (Entered: 01/15/2021) |
| 01/19/2021 | | **TEXT-ONLY ORDER: On January 15, 2021, Defendants filed a Motion to Compel Plaintiffs' Compliance with Order, or in the Alternative, to Extend Dispositive Motion Deadline (the "Motion," Doc. 103 ). Although the Motion does not state Plaintiffs' position as to the requested relief, Plaintiffs' counsel has advised the undersigned's chambers that Plaintiffs intend to file a response to the Motion. In view of the parties' need for a prompt resolution of the dispute that is the subject of the Motion, an abbreviated briefing schedule will be established. Specifically, the deadline for Plaintiffs to file a response to the Motion is SET for Friday, January 22, 2021. Any reply by Defendants shall be filed by Tuesday, January 26, 2021. So Ordered by Magistrate Judge W. Carleton Metcalf on 1/19/2021. (maf)** (Entered: 01/19/2021) |
| 01/19/2021 | 105 | REPLY to Response to Motion re 95 MOTION to Vacate 91 Order by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Attachments: # 1 A - Curran Depo, # 2 B - Curran Entities Org Chart, # 3 C - Curran responses to ROGS, # 4 D - Curran Chase Bank Records, # 5 E - Curran PPP Loan, # 6 F - News Article, # 7 G - Garnishee Pleadings, # 8 H - Curran Social Media Profiles, # 9 I - Curran Email to All Employees, # 10 J - Email re moving Yacht)(Gessner, L.) (Entered: 01/19/2021) |
| 01/20/2021 | 106 | AFFIDAVIT of Service filed by Rakia Green, Andrew Free, Kamri Norris, Jordan Blais, Allen Allen, Connor Johnson, Eric Wheat, Shailesh Jahagirdar, George McKenna. Ocean Tech, Inc. served on 1/12/2021, answer due 2/2/2021. (Gessner, L.) (Entered: 01/20/2021) |
| 01/22/2021 | 107 | Notice of Withdrawal of document by Eric Wheat ***Documents terminated: 59 Notice (Other) filed by Shailesh Jahagirdar, 54 Notice (Other) filed by Shailesh Jahagirdar. (Gessner, L.) (Entered: 01/22/2021) |
| 01/22/2021 | 108 | Notice of Withdrawal of document by Troy Curran, The Computer Haus NC, Inc. ***Documents terminated: 103 MOTION to Compel *Plaintiffs' Compliance with Order or, in the Alternative to Extend Dispositive Motion Deadline* filed by Troy Curran, The Computer Haus NC, Inc.. (Rockoff, Sabrina) (Entered: 01/22/2021) |
| 02/02/2021 | 109 | MOTION for Leave to Appear Pro Hac Vice as to Teruyuki S. Olsen Filing fee $ 288, receipt number 0419-4877764. by Ocean Tech, Inc.. (Spainhour, Shannon). Motions referred to W. Carleton Metcalf. (Entered: 02/02/2021) |
| 02/02/2021 | 110 | MOTION for Leave to Appear Pro Hac Vice as to Christopher Fargo-Masuda Filing fee $ 288, receipt number 0419-4877781. by Ocean Tech, Inc.. (Spainhour, Shannon). Motions referred to W. Carleton Metcalf. (Entered: 02/02/2021) |

| | | |
|---|---|---|
| 02/02/2021 | 111 | **ORDER granting 109 Motion for Leave to Appear Pro Hac Vice added Teruyuki S. Olsen for Ocean Tech, Inc. Signed by Magistrate Judge W. Carleton Metcalf on 2/2/2021. (rhf)** (Entered: 02/02/2021) |
| 02/02/2021 | | Notice to Teruyuki S. Olsen: Pursuant to Local Rule 83.1 you are required to **Register** for ECF at www.ncwd.uscourts.gov. Deadline by 2/9/2021. (rhf) (Entered: 02/02/2021) |
| 02/02/2021 | 112 | **ORDER: Plaintiff's 95 Motion to Vacate and/or Reconsider the Magistrate's 91 Order is GRANTED, and Plaintiffs are PERMITTED to file a Third Amended Complaint that includes as Defendants all entities named in the Second Amended Complaint, as well as, the newly discovered Defendants Northern Passage, Inc., Salish Sea, LLC, and Curran Holdings, LLC. Signed by District Judge Max O. Cogburn, Jr. on 2/2/2021. (maf)** (Entered: 02/02/2021) |
| 02/02/2021 | 113 | **ORDER granting 110 Motion for Leave to Appear Pro Hac Vice added Christopher Fargo-Masuda for Ocean Tech, Inc. Signed by Magistrate Judge W. Carleton Metcalf on 2/2/2021. (rhf)** (Entered: 02/02/2021) |
| 02/02/2021 | | Notice to Christopher Fargo-Masuda: Pursuant to Local Rule 83.1 you are required to **Register** for ECF at www.ncwd.uscourts.gov. Deadline by 2/9/2021. (rhf) (Entered: 02/02/2021) |
| 02/02/2021 | 114 | MOTION to Dismiss for Lack of Jurisdiction *Personal Jurisdiction*, MOTION to Dismiss for Failure to State a Claim by Ocean Tech, Inc.. Responses due by 2/16/2021 (Attachments: # 1 Affidavit Declaration of Troy Curran, # 2 Affidavit Declaration of Teruyaki Olsen, # 3 Memorandum MOL in Support of Motions to Dismiss) (Spainhour, Shannon) (Entered: 02/02/2021) |
| 02/10/2021 | 115 | Unopposed MOTION for Extension of Time of Scheduling Order Deadlines by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris. Responses due by 2/24/2021 (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 02/10/2021) |
| 02/11/2021 | | NOTICE of Hearing on Motion re: 115 Unopposed MOTION for Extension of Time of Scheduling Order Deadlines : Motion Hearing set for 2/17/2021 02:00 PM in Courtroom 2, 100 Otis St, Asheville, NC 28801 before Magistrate Judge W. Carleton Metcalf. **Parties are to appear remotely by video.** *This is your only notice-the Clerk will provide connection information in a separate correspondence to the parties*. (kby) (Entered: 02/11/2021) |
| 02/12/2021 | 116 | THIRD AMENDED COMPLAINT with Jury Demand against The Computer Haus NC, Inc., Troy Curran, Ocean Tech, Inc., Zephyr Investments, Inc., TS Leasing, LLC, Curran and Company, Green Vault, Inc., Curran Ranch, Curran Family Properties, LLC, Northern Passage, Inc., Salish Sea, LLC, Curran Holdings, LLC, filed by Rakia Green, Andrew Free, Kamri Norris, Jordan Blais, Allen Allen, Connor Johnson, Shailesh Jahagirdar. (Gessner, L.) Modified text on 4/23/2021 (ejb). Modified text to add individual defendants named and to remove plaintiff George McKenna as a filer not named on this pleading on 7/15/2021 (ejb). (Entered: 02/12/2021) |
| 02/12/2021 | 117 | Summons Issued Electronically as to Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Salish Sea, LLC, TS Leasing, LLC, Zephyr Investments, Inc. |

| | | |
|---|---|---|
| | | **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (maf) (Entered: 02/12/2021) |
| 02/16/2021 | 118 | NOTICE of Appearance by Jonathan W. Yarbrough on behalf of Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc. (Yarbrough, Jonathan) (Entered: 02/16/2021) |
| 02/16/2021 | 119 | NOTICE of Appearance by Jill A. Evert on behalf of Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc. (Evert, Jill) (Entered: 02/16/2021) |
| 02/17/2021 | 120 | Notice of Substitution of Counsel by Jonathan W. Yarbrough on behalf of The Computer Haus NC, Inc., Salish Sea, LLC, Curran and Company, Green Vault, Inc., TS Leasing, LLC, Zephyr Investments, Inc., Curran Ranch, Ocean Tech, Inc., Curran Holdings, LLC, Curran Family Properties, LLC, Troy Curran, Northern Passage, Inc., Attorney Matthew S. Roberson terminated. (Yarbrough, Jonathan) (Entered: 02/17/2021) |
| 02/17/2021 | 121 | Notice of Substitution of Counsel by Jonathan W. Yarbrough on behalf of The Computer Haus NC, Inc., Salish Sea, LLC, Curran and Company, Green Vault, Inc., TS Leasing, LLC, Zephyr Investments, Inc., Curran Ranch, Ocean Tech, Inc., Curran Holdings, LLC, Curran Family Properties, LLC, Troy Curran, Northern Passage, Inc., Attorney Murphy Horne Fletcher and Sabrina P. Rockoff terminated. (Yarbrough, Jonathan) (Entered: 02/17/2021) |
| 02/17/2021 | 122 | Notice of Substitution of Counsel by Jonathan W. Yarbrough on behalf of The Computer Haus NC, Inc., Salish Sea, LLC, Curran and Company, Green Vault, Inc., TS Leasing, LLC, Zephyr Investments, Inc., Curran Ranch, Ocean Tech, Inc., Curran Holdings, LLC, Curran Family Properties, LLC, Troy Curran, Northern Passage, Inc., Attorney Shannon Sumerell Spainhour terminated. (Yarbrough, Jonathan) (Entered: 02/17/2021) |
| 02/17/2021 | 123 | Notice of Substitution of Counsel by Jonathan W. Yarbrough on behalf of The Computer Haus NC, Inc., Salish Sea, LLC, Curran and Company, Green Vault, Inc., TS Leasing, LLC, Zephyr Investments, Inc., Curran Ranch, Ocean Tech, Inc., Curran Holdings, LLC, Curran Family Properties, LLC, Troy Curran, Northern Passage, Inc., Attorney Christopher Fargo-Masuda and Teruyuki S. Olsen terminated. (Yarbrough, Jonathan) (Entered: 02/17/2021) |
| 02/17/2021 | | Minute Entry and Order: MOTION HEARING held before Magistrate Judge W. Carleton Metcalf re 115 Motion for Extension of Scheduling Order Deadlines. Motion hearing held via Zoom video conference. ORDER: Defense counsel may file a response to the 115 Motion addressing the scope of discovery and need for extension of deadlines by 2/22/2021. Plaintiff has leave to file a Reply. Plaintiff's attorney: L. Michelle Gessner. Defense attorney: Jonathan W. Yarbrough. Court reporter: DCR. (maf) (Entered: 02/17/2021) |
| 02/17/2021 | | Set Deadlines as to 115 Motion for Extension of Time of Scheduling Order Deadlines: Defense response may be filed by 2/22/2021. (maf) (Entered: 02/17/2021) |

| | | |
|---|---|---|
| 02/18/2021 | 125 | AFFIDAVIT of Service filed by Rakia Green, Jordan Blais, Allen Allen, Eric Wheat, Shailesh Jahagirdar, Andrew Free, Kamri Norris, Connor Johnson, George McKenna. All Defendants. (Gessner, L.) (Entered: 02/18/2021) |
| 02/22/2021 | 126 | RESPONSE in Opposition re 115 Unopposed MOTION for Extension of Time of Scheduling Order Deadlines by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Replies due by 3/1/2021 (Attachments: # 1 Ex. 1 - Fletcher Declaration, # 2 Ex. 2 - Rockoff Declaration) (Yarbrough, Jonathan) (Entered: 02/22/2021) |
| 03/01/2021 | 127 | REPLY to Response to Motion re 115 Unopposed MOTION for Extension of Time of Scheduling Order Deadlines by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Attachments: # 1 Exhibit A - L. Michelle Gessner Declaration)(Gessner, L.) (Entered: 03/01/2021) |
| 03/10/2021 | 128 | MOTION to Dismiss *Plaintiffs' Third Amended Complaint* by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 3/24/2021 (Yarbrough, Jonathan) (Entered: 03/10/2021) |
| 03/10/2021 | 129 | MEMORANDUM in Support re 128 MOTION to Dismiss *Plaintiffs' Third Amended Complaint* by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. (Attachments: # 1 Exhibit 1- Curran Declaration)(Yarbrough, Jonathan) (Entered: 03/10/2021) |
| 03/10/2021 | 130 | *Defendants'* ANSWER to 116 Amended Complaint by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc..(Yarbrough, Jonathan) (Entered: 03/10/2021) |
| 03/12/2021 | 131 | **ORDER granting in part and denying in part 115 Motion for Extension of Time of Scheduling Order Deadlines. Discovery deadline is extended to 5/14/2021 (as specified herein). Mediation deadline extended to 5/28/2021. Motions deadline extended to 6/14/2021. Jury Trial reset for term beginning on 12/6/2021 at 9:31 a.m. in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. All other provisions of the 39 Pretrial Order remain in effect. Signed by Magistrate Judge W. Carleton Metcalf on 3/12/2021. (maf) (Entered: 03/12/2021)** |
| 03/23/2021 | 132 | RESPONSE in Opposition re 128 MOTION to Dismiss *Plaintiffs' Third Amended Complaint* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 3/30/2021 (Attachments: # 1 Exhibit A - Troy Curran Divorce Deposition, # 2 Exhibit B - Troy Curran Deposition)(Gessner, L.) (Entered: 03/23/2021) |
| 03/30/2021 | 133 | REPLY to Response to Motion re 128 MOTION to Dismiss *Plaintiffs' Third Amended Complaint* by Troy Curran, Curran Family Properties, LLC, Curran |

| | | |
|---|---|---|
| | | Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. (Yarbrough, Jonathan) (Entered: 03/30/2021) |
| 04/12/2021 | 134 | MOTION to Certify Class and MOTION for Appointment of Class Counsel by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 4/26/2021 (Gessner, L.) Added MOTION to Appoint Counsel relief on 4/12/2021. (maf) (Entered: 04/12/2021) |
| 04/12/2021 | 135 | MEMORANDUM in Support re 134 MOTION to Certify Class MOTION for Appointment of Class Counsel by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Attachments: # 1 Exhibit A - Jahagirdar Depo, # 2 Exhibit B - Norris Depo, # 3 Exhibit C - Green Depo, # 4 Exhibit D - Allen Depo, # 5 Exhibit E - Blais Depo, # 6 Exhibit F - Johnson Depo, # 7 Exhibit G - Free Depo, # 8 Affidavit H - Jahagirdar Dec, # 9 Exhibit I - Gessner CV, # 10 Affidavit J - Allen Declaration, # 11 Affidavit K - Norris Declaration, # 12 Affidavit L - Green Declaration, # 13 Affidavit M - Blais Declaration, # 14 Affidavit N - Johnson Declaration, # 15 Affidavit O - Free Declaration)(Gessner, L.) Modified docket text on 4/12/2021 (maf). (Entered: 04/12/2021) |
| 04/14/2021 | 136 | Joint Consent MOTION for Leave to File Excess Pages for Plaintiffs' Memorandum of Law in Support of 134 Motion to Certify Class; and MOTION for Extension of Time for Defendants' to File Response to Plaintiffs' 134 Motion to Certify Class, by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 4/28/2021 (Gessner, L.). Motions referred to W. Carleton Metcalf. Modified text, added additional relief sought *Extension of Time*, and added link to document no. 134 on 4/14/2021. NEF Regenerated (ejb). (Entered: 04/14/2021) |
| 04/16/2021 | | **TEXT-ONLY ORDER granting 136 Motion for Leave to File Excess Pages; granting 136 Motion for Extension of Time to File Response/Reply re 134 MOTION to Certify Class MOTION to Appoint Counsel ( Responses due by 5/6/2021 )** *Text of Order: ORDER: The Joint Consent Motion for an Enlargement of Page Limitation for Plaintiffs' Memorandum of Law in Support of Class Certification and an Extension of Time for Defendants to Respond to Plaintiffs' Motion for Class Certification is GRANTED. The page limitation for Plaintiffs' Memorandum in Support of Motion for Rule 23 Certification of Class Actions is ENLARGED to 36 pages. Additionally, Defendants' deadline to file a response to the Motion for Rule 23 Class Certification is EXTENDED by ten (10) days, through and including May 6, 2021. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 4/16/2021. (kkb)** (Entered: 04/16/2021) |
| 04/20/2021 | 137 | **ORDER: 1) Defendants' 128 Partial Motion to Dismiss state law claims is DENIED. 2) Defendants' Partial Motion to Dismiss claims against Curran and Company and Curran Family Properties for Lack of Personal Jurisdiction under Federal Rules of Civil Procedure 12(b)(2) is GRANTED and 3) Defendants' Partial Motion to Dismiss claims against TS Leasing for lack of personal jurisdiction under Federal Rules of Civil Procedure 12(b)(2) is DENIED and Plaintiffs are permitted to proceed with jurisdictional discovery** |

| | | |
|---|---|---|
| | | **against this Defendant. Signed by District Judge Max O. Cogburn, Jr. on 4/20/2021. (maf)** (Entered: 04/20/2021) |
| 04/20/2021 | | **TEXT-ONLY ORDER: Ocean Tech, Inc.'s 114 Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim is TERMINATED AS MOOT in light of the filing of the 116 Third Amended Complaint. So Ordered by District Judge Max O. Cogburn, Jr. on 4/20/2021. (maf)** (Entered: 04/20/2021) |
| 04/28/2021 | 138 | Consent MOTION for Leave to File Excess Pages by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 5/12/2021 (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. (Entered: 04/28/2021) |
| 04/28/2021 | | **TEXT-ONLY ORDER granting 138 Motion for Leave to File Excess Pages** *Text of Order: ORDER: Defendants' Motion to File Brief in Excess of Page Limit is GRANTED, and the page limitation for Defendants' response to Plaintiffs' Motion for Rule 23 Certification of Class Actions is ENLARGED to 40 pages. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 4/28/2021. (kkb)** (Entered: 04/28/2021) |
| 04/29/2021 | 139 | MOTION for Protective Order by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 5/13/2021 (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. (Entered: 04/29/2021) |
| 04/29/2021 | 140 | MOTION for Extension of Time of Scheduling Order Deadlines by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 5/13/2021 (Attachments: # 1 Exhibit A - Plaintiffs' Discovery Requests, # 2 Exhibit B - Defendants' Letter of 2021-04-28 refusing to respond to discovery) (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 04/29/2021) |
| 04/30/2021 | | NOTICE of Hearing on Motions: The 139 Motion for Protective Order and 140 Motion for Extension of Time of Scheduling Order Deadlines will be heard on 5/5/2021 at 2:00 p.m. by Teams videoconference. Judge Metcalf will preside from Courtroom 2, 100 Otis St, Asheville, NC 28801 before Magistrate Judge W. Carleton Metcalf. *The Clerk will provide counsel of record with a link to the videoconference by separate e-mail.* (maf) (Entered: 04/30/2021) |
| 05/04/2021 | 141 | NOTICE of Appearance by Nicole Katherine Haynes on behalf of All Plaintiffs (Haynes, Nicole) (Entered: 05/04/2021) |
| 05/05/2021 | 142 | Summons Reissued Electronically as to TS Leasing, LLC. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4.** (ejb) (Entered: 05/05/2021) |
| 05/05/2021 | 143 | NOTICE of Appearance by John Grover Hutchens, III on behalf of All Plaintiffs (Hutchens, John) (Entered: 05/05/2021) |

| | | |
|---|---|---|
| 05/05/2021 | | Minute Entry: MOTION HEARING held before Magistrate Judge W. Carleton Metcalf on 5/5/2021 re: 139 Motion for Protective Order and 140 Motion for Extension of Time of Scheduling Order Deadlines. The Court made rulings on the record. Order to issue. Plaintiff's attorneys: L. Michelle Gessner, Nicole Katherine Haynes, and John Hutchens. Defense attorneys: Jonathan W. Yarbrough. Court reporter: DCR. (maf) (Entered: 05/05/2021) |
| 05/06/2021 | 146 | RESPONSE in Opposition re 134 MOTION to Certify Class MOTION to Appoint Counsel by Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Replies due by 5/13/2021 (Attachments: # 1 Exhibit 1 - Curran Declaration, # 2 Exhibit 2 - Signed Order Approving Sale, # 3 Exhibit 3 - Taft Declaration, # 4 Exhibit 4 - Jahagirdar Depo Excerpts, # 5 Exhibit 5 - North Carolina Declarations, # 6 Exhibit 6 - CityMac Handbook, # 7 Exhibit 7 - Blais Depo Excerpts, # 8 Exhibit 8 - Washington Declarations, # 9 Exhibit 9 - Johnson Depo Excerpts, # 10 Exhibit 10 - Colorado Declarations, # 11 Exhibit 11 - Free Depo Excerpts)(Yarbrough, Jonathan) (Entered: 05/06/2021) |
| 05/07/2021 | 147 | **ORDER that Defendants' 139 Motion for Protective Order and Memorandum in Support is DENIED. Plaintiffs' 140 Motion to Extend Discovery Deadline by Three (3) Business Days is GRANTED, and the deadline for discovery (for the limited purposes described previously) is EXTENDED through and including May 19, 2021. To the extent the parties made oral motions with respect to the Discovery Requests during the May 5, 2021 hearing, such oral motions are DENIED WITHOUT PREJUDICE. All other provisions of the Pretrial Order and Case Management Plan (Doc. 39) as previously amended (Doc. 131) remain in effect. Signed by Magistrate Judge W. Carleton Metcalf on 5/6/2021. (kby)** (Entered: 05/07/2021) |
| 05/10/2021 | 148 | Consent MOTION for Extension of Time to File Response/Reply re: 134 MOTION to Certify Class MOTION to Appoint Counsel by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 5/24/2021 (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 05/10/2021) |
| 05/11/2021 | | **TEXT-ONLY ORDER granting 148 Motion for Extension of Time to File Response/Reply re 134 MOTION to Certify Class MOTION to Appoint Counsel Replies due by 5/27/2021 *Text of Order: ORDER: Plaintiffs' Consent/Unopposed Motion for Extension of Time to File Reply in Support of Plaintiffs' Motion to Certify Rule 23 Class is GRANTED, and the deadline for Plaintiffs to file a Reply in Support of the Motion to Certify Rule 23 Class is EXTENDED through and including May 27, 2021. So Ordered.* Entered by Magistrate Judge W. Carleton Metcalf on 5/11/2021. (kkb)** (Entered: 05/11/2021) |
| 05/27/2021 | 149 | REPLY to Response to Motion re 134 MOTION to Certify Class MOTION to Appoint Counsel by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Gessner, L.) (Entered: 05/27/2021) |
| 06/03/2021 | 150 | MOTION for Leave to File *Surreply in Further Opposition to Plaintiffs' Motion for Rule 23 Class Certification* by Troy Curran, Curran Holdings, LLC, Curran Ranch, |

| | | |
|---|---|---|
| | | Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 6/17/2021 (Attachments: # 1 Exhibit Defendants' Surreply in Further Opposition to Plaintiffs' Motion for Rule 23 Class Certification) (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. (Entered: 06/03/2021) |
| 06/04/2021 | 151 | RESPONSE in Opposition re 150 MOTION for Leave to File *Surreply in Further Opposition to Plaintiffs' Motion for Rule 23 Class Certification* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 6/11/2021 (Gessner, L.) (Entered: 06/04/2021) |
| 06/08/2021 | | **TEXT-ONLY ORDER granting 150 Motion for Leave to File *Text of Order: ORDER: Defendants' Motion for Leave to File Surreply in Further Opposition to Plaintiffs' Motion for Rule 23 Class Certification is GRANTED. Defendants are directed to file their proposed surreply (Doc. 150-1) within three (3) days. So Ordered*. Entered by Magistrate Judge W. Carleton Metcalf on 6/8/2021. (kkb)** (Entered: 06/08/2021) |
| 06/08/2021 | 152 | Surreply as to 134 MOTION to Certify Class MOTION to Appoint Counsel by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. (Yarbrough, Jonathan) (Entered: 06/08/2021) |
| 06/10/2021 | 153 | MOTION for Leave to File Fourth Amended Complaint by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 6/24/2021 (Attachments: # 1 A - Proposed Fourth Amended Complaint) (Gessner, L.). Motions referred to W. Carleton Metcalf. Modified text on 6/10/2021. (khm) (Entered: 06/10/2021) |
| 06/10/2021 | 154 | MEMORANDUM in Support re 153 MOTION for Leave to File Fourth Amended Complaint by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Attachments: # 1 Exhibit A - Ocean Dance created on 2/1/2021 by Curran, # 2 Exhibit B - Discovery Responses, # 3 Exhibit C - Northern Passage - active, # 4 Exhibit D - Curran Depo Excerpts)(Gessner, L.) Modified text on 6/10/2021. (khm) (Entered: 06/10/2021) |
| 06/11/2021 | 155 | MOTION to Amend/Correct 131 Order on Motion for Extension of Time,, *Scheduling Order and Extend Deadlines* by Curran Holdings, LLC, Ocean Tech, Inc., TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 6/25/2021 (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. (Entered: 06/11/2021) |
| 06/11/2021 | 156 | REPORT of Mediation. Outcome of Mediation: Parties reached an Impasse. (Dunn, Stephen) (Entered: 06/11/2021) |
| 06/14/2021 | 157 | Consent MOTION for Leave to File Excess Pages by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 6/28/2021 (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. (Entered: 06/14/2021) |

| | | |
|---|---|---|
| 06/14/2021 | 158 | MOTION for Summary Judgment by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 6/28/2021 (Yarbrough, Jonathan) (Entered: 06/14/2021) |
| 06/14/2021 | 159 | MEMORANDUM in Support re 158 MOTION for Summary Judgment by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. (Yarbrough, Jonathan) (Entered: 06/14/2021) |
| 06/14/2021 | 160 | Appendix by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Appendix re: 158 Motion for Summary Judgment, (Attachments: # 1 Ex. 1 - Green Vault Articles of Dissolution, # 2 Ex. 2 - Crouson Letter - dated Jan. 9, 2020, # 3 Ex. 3 - Crouseon Letter - dated Jan. 8, 2019, # 4 Ex. 4 - Depo Excerpts - Jahagirdar, # 5 Ex. 5 - Depo Excerpts - Norris, # 6 Ex. 6- Depo Excerpts - Allen)(Yarbrough, Jonathan) (Entered: 06/14/2021) |
| 06/14/2021 | 161 | Exhibit by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Exhibit to 158 Motion for Summary Judgment, (Attachments: # 1 Ex. 8 - Depo Excerpts - Free, # 2 Ex. 9 - Depo Excerpts - Johnson, # 3 Ex. 10 - Depo Excerpts - Green)(Yarbrough, Jonathan) (Entered: 06/14/2021) |
| 06/19/2021 | 162 | Consent MOTION for Extension of Time to File Response/Reply re: 158 MOTION for Summary Judgment by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 7/6/2021 (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 06/19/2021) |
| 06/22/2021 | | **TEXT-ONLY ORDER denying as moot 157 Motion for Leave to File Excess Pages** *Text of Order: ORDER: The Motion to File Brief in Excess of Page Limit is DENIED AS MOOT. Although the Motion is unopposed, as Defendants have now filed a memorandum in support of their Motion for Summary Judgment within the page limitation, additional pages do not appear to be necessary. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 6/22/2021. (kkb) (Entered: 06/22/2021)** |
| 06/22/2021 | | **TEXT-ONLY ORDER granting 162 Motion for Extension of Time to File Response/Reply re 158 MOTION for Summary Judgment Responses due by 7/16/2021** *Text of Order: ORDER: Plaintiffs' Consent/Unopposed Motion for Extension of Time to File Response in Opposition to Defendants' Motion for Summary Judgment is GRANTED, and the deadline for Plaintiffs to file a response to the Motion for Summary Judgment is EXTENDED by 18 days, through and including July 16, 2021. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 6/22/2021. (kkb) (Entered: 06/22/2021)** |

| | | |
|---|---|---|
| 06/24/2021 | 163 | MEMORANDUM in Opposition re 153 MOTION to Amend/Correct *File Amended Complaint* by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Replies due by 7/1/2021 (Yarbrough, Jonathan) (Entered: 06/24/2021) |
| 07/01/2021 | 164 | REPLY to Response to Motion re 153 MOTION to Amend/Correct *File Amended Complaint* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Attachments: # 1 Exhibit A - Curran 2021-05-27 transfer of assets)(Gessner, L.) (Entered: 07/01/2021) |
| 07/06/2021 | 165 | **ORDER: 1) Plaintiffs' 153 Motion for Leave to File Fourth Amended Complaint is GRANTED. Plaintiffs are DIRECTED to file their Fourth Amended Complaint (Doc. 153 -1) by 7/16/2021. 2) Defendants' 155 Motion to Amend Scheduling Order and Extend Deadlines is GRANTED IN PART and the following deadlines are EXTENDED: a. Discovery, limited to issues concerning the new parties and new allegations appearing in the Fourth Amended Complaint, through and including 10/4/2021. b. Dispositive Motions (by or against the new parties and/or addressing the new allegations appearing in the Fourth Amended Complaint) through and including 11/4/2021. 3) Trial is RESET to the 4/4/2022 trial term. 4) All other provisions of the 39 Pretrial Order and Case Management Plan, as amended, remain in effect. Signed by Magistrate Judge W. Carleton Metcalf on 7/2/2021. (maf)** (Entered: 07/06/2021) |
| 07/06/2021 | | Set Deadlines/Hearings per 165 Order: 4th Amended Complaint to be filed by 7/16/2021. Discovery (as limited by 165 Order) due by 10/4/2021. Motions (as limited by 165 Order) due by 11/4/2021. Jury Trial continued to term beginning on 4/4/2022 at 9:31 a.m. in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. (maf) (Entered: 07/06/2021) |
| 07/13/2021 | 166 | FOURTH AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT with Jury Demand against The Computer Haus NC, Inc., Troy Curran, Ocean Tech, Inc., Zephyr Investments, Inc., TS Leasing, LLC, Green Vault, Inc., Curran Ranch, Northern Passage, Inc., Salish Sea, LLC, Curran Holdings, LLC, Curran Brothers, LLC, Ocean Dance, Brandy Curran, Amber Curran, Mark Curran, filed by Shailesh Jahagirdar, Allen Allen, Kamri Norris, Jordan Blais, Connor Johnson, Rakia Green, Andrew Free. (Gessner, L.) Modified docket text on 7/13/2021 to remove plaintiffs McKenna and Wheat as filing parties (not named on this pleading). (maf) Modified text on 7/15/2021 to remove "All Defendants" and to add the individual names of the present and newly named defendants on this pleading. NEF Regenerated (ejb). (Entered: 07/13/2021) |
| 07/13/2021 | 167 | Summons Issued Electronically as to Amber Curran, Brandy Curran, Mark Curran, Curran Brothers, LLC, Ocean Dance. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (maf) (Entered: 07/13/2021) |
| 07/13/2021 | | Set Deadlines re: 166 Fourth Amended Complaint: Deadline for Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc. |

| | | |
|---|---|---|
| | | and Zephyr Investments, Inc to respond is set to 7/27/2021. (maf) (Entered: 07/13/2021) |
| 07/19/2021 | | NOTICE of Hearing on Motion re: 134 Motion to Certify Class and Motion to Appoint Class Counsel: Motion Hearing set for 8/2/2021 at 9:30 a.m. in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document*. (maf) (Entered: 07/19/2021) |
| 07/20/2021 | 168 | Unopposed MOTION to Continue Hearing set for 8/2/2021 by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 8/3/2021 (Attachments: # 1 Exhibit A - Gessner NC Secured Leave for Week of 8/2/2021) (Gessner, L.) (Entered: 07/20/2021) |
| 07/21/2021 | 169 | **ORDER granting 168 Motion to Continue Hearing set for 8/2/2021 on Plaintiff's Motion for Class Certification (Doc. 168) and this matter, including the hearing, is RESCHEDULED to 8/5/2021. Signed by District Judge Max O. Cogburn, Jr. on 7/21/2021. (khm)** (Entered: 07/21/2021) |
| 07/21/2021 | | NOTICE of Hearing on Motion re: 134 MOTION to Certify Class, MOTION to Appoint Counsel: Motion Hearing **RESET** for 8/5/2021 at 11:00 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn, Jr. *This is your only notice - you will not receive a separate document*.(khm) (Entered: 07/21/2021) |
| 07/27/2021 | 170 | ANSWER to 166 Amended Complaint, *Answer to Fourth Amended Complaint* by Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.(Yarbrough, Jonathan) Modified text on 7/27/2021. (khm) (Entered: 07/27/2021) |
| 07/29/2021 | | **AMENDED** NOTICE of Hearing on Motion re: 134 Motion to Certify Class and Motion to Appoint Class Counsel: Motion Hearing is changed in time only and is now set for **8/5/2021 at 10:30 a.m.** in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document*. (maf) (Entered: 07/29/2021) |
| 08/04/2021 | | **TEXT-ONLY ORDER: Attorney Michelle Gessner is granted leave to participate in the hearing on the 134 Motion to Certify Class and Motion to Appoint Class Counsel via Teams video conference. The hearing remains set for 8/5/2021 at 10:30 a.m. and will now be held in Courtroom 2, 100 Otis St, Asheville, NC 28801. The Clerk is directed to provide Attorney Gessner with a hearing link. So Ordered by District Judge Max O. Cogburn, Jr. on 8/4/2021. (maf)** (Entered: 08/04/2021) |
| 08/04/2021 | 171 | MOTION Decertify Collective Action re 38 Order on Motion to Certify Class, by Troy Curran, The Computer Haus NC, Inc.. Responses due by 8/18/2021 (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. (Entered: 08/04/2021) |
| 08/04/2021 | 172 | MEMORANDUM in Support re 171 MOTION Decertify Collective Action re 38 Order on Motion to Certify Class, by Troy Curran, The Computer Haus NC, Inc.. (Yarbrough, Jonathan) (Entered: 08/04/2021) |

| | | |
|---|---|---|
| 08/04/2021 | 173 | Appendix by Troy Curran, The Computer Haus NC, Inc.. Appendix re: 171 Motion for Miscellaneous Relief (Attachments: # 1 Ex. 1 - Troy Curran Declaration, # 2 Ex. 2 - Handbook Excerpts, # 3 Ex. 3 - Email with attachments, # 4 Ex. 4 - Signed Order Approving Sale, # 5 Ex. 5 - Uber Receipts)(Yarbrough, Jonathan) (Entered: 08/04/2021) |
| 08/04/2021 | 174 | Exhibit by Troy Curran, The Computer Haus NC, Inc.. Exhibit to 171 Motion for Miscellaneous Relief (Attachments: # 1 Ex. 7 - Jahagirdar Depo Excerpts, # 2 Ex. 8 - Johnson Depo Excerpts, # 3 Ex. 9 - Free Depo Excerpts, # 4 Ex. 10 - Green Depo Excerpts, # 5 Ex. 11 - Blais Depo Excerpts, # 6 Ex. 12 - Norris Depo Excerpts, # 7 Ex. 13 - Allen Depo Excerpts)(Yarbrough, Jonathan) (Entered: 08/04/2021) |
| 08/04/2021 | 175 | Exhibit by Troy Curran, The Computer Haus NC, Inc.. Exhibit to 171 Motion for Miscellaneous Relief *Ex. 3 - UPDATED - To Include Attachments* (Yarbrough, Jonathan) (Entered: 08/04/2021) |
| 08/05/2021 | | Minute Entry: MOTION HEARING held before District Judge Max O. Cogburn, Jr. on 8/5/2021 re: 134 Motion to Certify Class and Motion to Appoint Class Counsel: Motion taken under advisement, order to issue. Plaintiff's attorney: L. Michelle Gessner (via Teams video conference). Defendants' attorneys: Jill A. Evert and Jonathan W. Yarbrough. Court reporter: Tracy Dunlap (828-771-7217). (maf) (Entered: 08/05/2021) |
| 08/09/2021 | 176 | MOTION to Dismiss by Mark Curran, Curran Brothers, LLC. Responses due by 8/23/2021 (Yarbrough, Jonathan) (Entered: 08/09/2021) |
| 08/09/2021 | 177 | MEMORANDUM in Support re 176 MOTION to Dismiss by Mark Curran, Curran Brothers, LLC. (Attachments: # 1 Ex. 1 - Mark Curran Affidavit)(Yarbrough, Jonathan) (Entered: 08/09/2021) |
| 08/09/2021 | 178 | Corporate Disclosure Statement by Mark Curran (Yarbrough, Jonathan) (Entered: 08/09/2021) |
| 08/09/2021 | 179 | Corporate Disclosure Statement by Curran Brothers, LLC (Yarbrough, Jonathan) (Entered: 08/09/2021) |
| 08/18/2021 | 180 | RESPONSE in Opposition re 171 MOTION Decertify Collective Action re 38 Order on Motion to Certify Class, by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 8/25/2021 (Attachments: # 1 Exhibit A - Curran RFAs, # 2 Exhibit B - Curran Deposition, # 3 Exhibit C - Crouson Deposition, # 4 Exhibit D - Summary Chart of Named Plaintiff Depo Transcripts, # 5 Exhibit D1 - Jahagirdar Deposition, # 6 Exhibit D2 - Allen Deposition, # 7 Exhibit D3 - Free Deposition, # 8 Exhibit D4 - Green Deposition, # 9 Exhibit D5 - Norris Deposition, # 10 Exhibit D6 - Johnson Deposition, # 11 Exhibit D7 - Blais Deposition) (Gessner, L.) (Entered: 08/18/2021) |
| 08/21/2021 | 181 | MOTION to Withdraw as Attorney *John Hutchens* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris. Responses due by 9/7/2021 (Hutchens, John). Motions referred to W. Carleton Metcalf. (Entered: 08/21/2021) |
| 08/23/2021 | 182 | **ORDER: The 181 Motion to Withdraw as Attorney is GRANTED, and John Grover Hutchens, III is WITHDRAWN as counsel of record for Plaintiffs.** |

| | | |
|---|---|---|
| | | **Signed by Magistrate Judge W. Carleton Metcalf on 8/23/2021. (maf)** (Entered: 08/23/2021) |
| 08/23/2021 | 183 | RESPONSE in Opposition re 176 MOTION to Dismiss by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris. Replies due by 8/30/2021 (Attachments: # 1 Exhibit A - Molnar Declaration, # 2 Exhibit B - Troy Curran Deposition - December 2020, # 3 Exhibit C - Troy Curran Divorce Deposition - May 2020)(Gessner, L.) (Entered: 08/23/2021) |
| 08/25/2021 | 184 | REPLY to Response to Motion re 171 MOTION Decertify Collective Action re 38 Order on Motion to Certify Class, by Troy Curran, The Computer Haus NC, Inc.. (Attachments: # 1 Ex. A - Crouson Depo Excerpts, # 2 Ex. B - Norris Depo Excerpts, # 3 Ex. C - Allen Depo Excerpts, # 4 Ex. D - Blais Depo Excerpts, # 5 Ex. E - Green Depo Excerpts, # 6 Ex. F - Johnson Depo Excerpts, # 7 Ex. G - Jahagirdar Depo Excerpts, # 8 Ex. H - Curran Depo Excerpts)(Yarbrough, Jonathan) (Entered: 08/25/2021) |
| 08/30/2021 | 185 | REPLY to Response to Motion re 176 MOTION to Dismiss by Mark Curran, Curran Brothers, LLC. (Attachments: # 1 Ex. 1 - Curran Deposition Excerpts) (Yarbrough, Jonathan) (Entered: 08/30/2021) |
| 09/08/2021 | 186 | MOTION *Plaintiff's MOTION for Equitable Tolling of the Statute of Limitations* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 9/22/2021 (Gessner, L.). Modified text on 9/9/2021 (kby). Modified text on 9/28/2021 to remove reference of referral to Magistrate. (maf) (Entered: 09/08/2021) |
| 09/08/2021 | 187 | MEMORANDUM in Support re 186 Plaintiff's MOTION for Equitable Tolling of the Statute of Limitations by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Gessner, L.) Modified text on 9/9/2021 (kby). (Entered: 09/08/2021) |
| 09/16/2021 | 188 | RESPONSE in Opposition re 186 PLAINTIFFS MOTION FOR EQUITABLE TOLLING OF THE STATUTE OF LIMITATIONS by Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Replies due by 9/23/2021 (Attachments: # 1 Ex. A - Declaration of Tim Taft)(Yarbrough, Jonathan) Modified text on 9/17/2021. (khm) (Entered: 09/16/2021) |
| 09/23/2021 | 189 | REPLY to Response to Motion re 186 MOTION PLAINTIFFS MOTION FOR EQUITABLE TOLLING OF THE STATUTE OF LIMITATIONS by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Gessner, L.) (Entered: 09/23/2021) |
| 09/29/2021 | 190 | AFFIDAVIT of Service filed by Rakia Green, Jordan Blais, Allen Allen, Eric Wheat, Shailesh Jahagirdar, Andrew Free, Kamri Norris, Connor Johnson, George McKenna. Amber Curran served on 9/24/2021, answer due 10/15/2021. (Gessner, L.) (Entered: 09/29/2021) |
| 09/29/2021 | 191 | AFFIDAVIT of Service filed by Rakia Green, Jordan Blais, Allen Allen, Eric Wheat, Shailesh Jahagirdar, Andrew Free, Kamri Norris, Connor Johnson, George |

| | | |
|---|---|---|
| | | McKenna. Brandy Curran served on 9/24/2021, answer due 10/15/2021. (Gessner, L.) (Entered: 09/29/2021) |
| 10/12/2021 | 192 | AFFIDAVIT of Service filed by Rakia Green, Jordan Blais, Allen Allen, Eric Wheat, Shailesh Jahagirdar, Andrew Free, Kamri Norris, Connor Johnson, George McKenna. Ocean Dance served on 9/30/2021, answer due 10/21/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Haynes, Nicole) (Entered: 10/12/2021) |
| 10/12/2021 | 193 | MOTION to Dismiss for Lack of Jurisdiction by Amber Curran, Brandy Curran. Responses due by 10/26/2021 (Yarbrough, Jonathan) (Entered: 10/12/2021) |
| 10/12/2021 | 194 | MEMORANDUM in Support re 193 MOTION to Dismiss for Lack of Jurisdiction by Amber Curran, Brandy Curran. (Yarbrough, Jonathan) (Entered: 10/12/2021) |
| 10/21/2021 | 195 | MOTION for Leave to File Excess Pages by Troy Curran, Ocean Tech, Inc., The Computer Haus NC, Inc.. Responses due by 11/4/2021 (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. (Entered: 10/21/2021) |
| 10/21/2021 | 196 | MEMORANDUM in Support re 195 MOTION for Leave to File Excess Pages by Troy Curran, Ocean Tech, Inc., The Computer Haus NC, Inc.. (Yarbrough, Jonathan) (Entered: 10/21/2021) |
| 10/21/2021 | 197 | MOTION for Leave to File Excess Pages by Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, Zephyr Investments, Inc.. Responses due by 11/4/2021 (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. (Entered: 10/21/2021) |
| 10/21/2021 | 198 | MEMORANDUM in Support re 197 MOTION for Leave to File Excess Pages by Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, Zephyr Investments, Inc.. (Yarbrough, Jonathan) (Entered: 10/21/2021) |
| 10/21/2021 | 199 | ANSWER to 166 Fourth Amended Complaint by Ocean Dance.(Yarbrough, Jonathan) Modified text on 10/21/2021. (khm) (Entered: 10/21/2021) |
| 10/22/2021 | | **TEXT-ONLY ORDER granting in part 195 Motion for Leave to File Excess Pages** *Text of Order: ORDER: The Motion for Leave to Exceed Page Limits is GRANTED IN PART, and Defendants The Computer Haus NC Inc. d/b/a CityMac, OceanTech, Inc., and Troy Curran are GRANTED LEAVE to file a brief in support of motion for summary judgment up to 40 pages in length. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 10/22/2021. (kkb)** (Entered: 10/22/2021) |
| 10/22/2021 | | **TEXT-ONLY ORDER granting 197 Motion for Leave to File Excess Pages** *Text of Order: ORDER: The Motion for Leave to Exceed Page Limits is GRANTED, and Defendants TS Leasing, LLC, Zephyr Investments, Inc., Green Vault, Inc., Curran Ranch, Northern Passage, Inc., Salish Sea, LLC, Curran Holdings, LLC, Ocean Tech, Inc. and Ocean Dance are GRANTED LEAVE to file a brief in support of motion for summary judgment up to 35 pages in length. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 10/22/2021. (kkb)** (Entered: 10/22/2021) |
| 10/26/2021 | 200 | REQUEST for Judicial Notice in Support of Plaintiffs' Opposition to Defendants Amber and Brandy Curan's Motion to Dismiss filed by Allen Allen, Jordan Blais, |

| | | |
|---|---|---|
| | | Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris. (Attachments: # 1 Exhibit A - Amber Curran FB post re hiring for CityMac) (Gessner, L.) Modified docket text and filers on 10/27/2021. (maf) (Entered: 10/26/2021) |
| 10/26/2021 | 201 | RESPONSE in Opposition re 193 MOTION to Dismiss for Lack of Jurisdiction by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris. Replies due by 11/2/2021 (Attachments: # 1 Exhibit A - Poorman Declaration)(Gessner, L.) Modified docket text to correct filers on 10/27/2021. (maf) (Entered: 10/26/2021) |
| 11/02/2021 | 202 | REPLY to Response to Motion re 193 MOTION to Dismiss for Lack of Jurisdiction by Amber Curran, Brandy Curran. (Yarbrough, Jonathan) (Entered: 11/02/2021) |
| 11/02/2021 | 203 | RESPONSE in Opposition to Plaintiff's 200 Request for Judicial Notice by Amber Curran, Brandy Curran. (Yarbrough, Jonathan) Modified text on 11/3/2021 (kby). (Entered: 11/02/2021) |
| 11/03/2021 | 204 | MOTION for Summary Judgment by Troy Curran, The Computer Haus NC, Inc.. Responses due by 11/17/2021 (Yarbrough, Jonathan) (Entered: 11/03/2021) |
| 11/03/2021 | 205 | MEMORANDUM in Support re 204 MOTION for Summary Judgment by Troy Curran, The Computer Haus NC, Inc.. (Yarbrough, Jonathan) (Entered: 11/03/2021) |
| 11/03/2021 | 206 | Appendix by Troy Curran, The Computer Haus NC, Inc.. Appendix re: 204 Motion for Summary Judgment (Attachments: # 1 Ex. 1 - First Curran Declaration, # 2 Ex. 2 - Curran Deposition Excerpts, # 3 Ex. 3 - Norris Deposition Excerpts, # 4 Ex. 4 - Blais Deposition Excerpts, # 5 Ex. 5 - Jahagirdar Deposition Excerpts, # 6 Ex. 6 - Allen Deposition Excerpts, # 7 Ex. 7 - Handbook Excerpts)(Yarbrough, Jonathan) (Entered: 11/03/2021) |
| 11/03/2021 | 207 | Exhibit by Troy Curran, The Computer Haus NC, Inc.. Exhibit to 204 Motion for Summary Judgment *Ex. 8 - Second Declaration of Troy Curran* (Attachments: # 1 Ex. 9 - Email from Attorney Gessner, # 2 Ex. 10 - Washington Court Receivership Orders, # 3 Ex. 11 - Free Deposition Excerpts, # 4 Ex. 12 - Johnson Deposition Excerpts, # 5 Ex. 13 - Green Deposition Excerpts, # 6 Ex. 14 - Crouson Deposition Excerpts, # 7 Ex. 15 - Ridesharing Receipts, # 8 Ex. 16 - Jahagirdar Supplemental Responses to Interrogatories, # 9 Ex. 17 - New Hanover Court Documents) (Yarbrough, Jonathan) (Entered: 11/03/2021) |
| 11/04/2021 | 208 | MOTION for Summary Judgment by Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, Zephyr Investments, Inc.. Responses due by 11/18/2021 (Yarbrough, Jonathan) (Entered: 11/04/2021) |
| 11/04/2021 | 209 | MEMORANDUM in Support re 208 MOTION for Summary Judgment by Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, Zephyr Investments, Inc.. (Attachments: # 1 Exhibit 1 - First Curran Declaration, # 2 Exhibit 2 - Second Curran Declaration, # 3 Exhibit 3 - Washington Receivership Orders, # 4 Exhibit 4 - Communication to Gessner, # 5 Exhibit 5 - Curran Depo Excerpts, # 6 Exhibit 6 - Depo Excerpts)(Yarbrough, Jonathan) (Entered: 11/04/2021) |
| 11/05/2021 | 210 | **ORDER granting Pltfs' 134 Motion to Certify Class and Motion to Appoint Class Counsel; denying Defts' 171 Motion to Decertify Collective Action, and** |

|  |  | the case shall proceed with respect to the claims of the Amended Complaint as a class action under Federal Rule of Civil Procedure 23(b)(3); and directing parties to confer and jointly submit, within 30 days of the date of this Order, proposed class notice documents in conformance with Rule 23(c)(2), which the court will consider before issuing notice to the class. (See Order for further details.) Signed by District Judge Max O. Cogburn, Jr. on 11/5/2021. (ejb) (Entered: 11/05/2021) |
|---|---|---|
| 11/05/2021 |  | Set Specific Document Deadline: Parties jointly submitted proposed class notice documents due by 12/5/2021. (ejb) (Entered: 11/05/2021) |
| 11/10/2021 | 211 | MOTION for Extension of Time to File Response/Reply re: 208 MOTION for Summary Judgment , 204 MOTION for Summary Judgment by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris. Responses due by 11/24/2021 (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 11/10/2021) |
| 11/12/2021 |  | TEXT-ONLY ORDER granting 211 Motion for Extension of Time to File Response/Reply re: 204 MOTION for Summary Judgment , 208 MOTION for Summary Judgment *Text of Order: ORDER: Plaintiffs' Motion for Extensions of Time to File Responses in Opposition to Defendants' Motions for Summary Judgment is GRANTED. The deadline for Plaintiffs to file a response to the Motion for Summary Judgment filed by The Computer Haus, Inc. d/b/a CityMac and Troy Curran (Doc. 204) is EXTENDED through and including December 8, 2021. The deadline for Plaintiffs to file a response to the Motion for Summary Judgment filed by Ocean Tech, Inc., Zephyr Investments, LLC, TS Leasing, LLC, Green Vault, Inc., Curran Ranch, Northern Passage, Inc., Salish Sea, LLC, Curran Holdings, LLC, and Ocean Dance (Doc. 208) is EXTENDED through and including December 9, 2021. So Ordered.* Entered by Magistrate Judge W. Carleton Metcalf on 11/12/2021. (kkb) (Entered: 11/12/2021) |
| 12/02/2021 | 212 | NOTICE *of Outstanding Issue as to Applicable Limitations Periods* by Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc. re 186 MOTION PLAINTIFFS MOTION FOR EQUITABLE TOLLING OF THE STATUTE OF LIMITATIONS (Yarbrough, Jonathan) (Entered: 12/02/2021) |
| 12/06/2021 | 213 | MOTION for Extension of Time to File Class Notice Documents by Troy Curran, Curran Family Properties, LLC, Curran Holdings, LLC, Curran Ranch, Curran and Company, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 12/20/2021 (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. (Entered: 12/06/2021) |
| 12/08/2021 | 214 | RESPONSE in Opposition re 204 MOTION for Summary Judgment by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris. Replies due by 12/15/2021 (Gessner, L.) (Entered: 12/08/2021) |
| 12/08/2021 | 215 | Appendix by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris. Appendix re: 214 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, |

| | | |
|---|---|---|
| | | # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z)(Haynes, Nicole) (Entered: 12/08/2021) |
| 12/09/2021 | 216 | RESPONSE in Opposition re 208 MOTION for Summary Judgment by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris. Replies due by 12/16/2021 (Attachments: # 1 Exhibit A - Email correspondence re supplementing discovery resposnes)(Gessner, L.) (Entered: 12/09/2021) |
| 12/15/2021 | 217 | RESPONSE in Opposition re 213 MOTION for Extension of Time to File Class Notice Documents by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris. Replies due by 12/22/2021 (Attachments: # 1 Exhibit A - Plaintiffs' Proposed Class Notice, # 2 Exhibit B - Email Exchange with Counsel re Compliance with Court's Order, # 3 Exhibit C - Curran Social Media posts)(Gessner, L.) (Entered: 12/15/2021) |
| 12/15/2021 | 218 | REPLY to Response to Motion re 204 MOTION for Summary Judgment by Troy Curran, The Computer Haus NC, Inc.. (Attachments: # 1 Ex. 1 - Punch Report) (Yarbrough, Jonathan) (Entered: 12/15/2021) |
| 12/16/2021 | 219 | **ORDER that the 213 Motion for Extension of Time to File Class Notice Documents is GRANTED and the deadline for the parties to jointly submit proposed class notice documents in conformance with Rule 23(c)(2) is EXTENDED through and including December 20, 2021. Signed by Magistrate Judge W. Carleton Metcalf on 12/16/2021. (kby)** (Entered: 12/16/2021) |
| 12/16/2021 | 220 | REPLY to Response to Motion re 208 MOTION for Summary Judgment by Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, Zephyr Investments, Inc.. (Attachments: # 1 Ex. 1 - Ocean Dance - Articles of Association, # 2 Ex. 2 - Ocean Dance - Cert. of Incorporation, # 3 Ex. 3 - Green Vault - Corporate Documents, # 4 Ex. 4 - TS Leasing Corporate Documents, # 5 Ex. 5 - Ocean Tech - Corporate Documents)(Yarbrough, Jonathan) (Entered: 12/16/2021) |
| 12/20/2021 | 221 | MOTION to Approve Plaintiffs' Class Notice by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris re: 210 Order. (Attachments: # 1 Exhibit A - Emails with counsel, # 2 Exhibit B - Defendants' Proposed Edits - Opposed by Plaintiffs) (Gessner, L.) Modified docket text/relief type on 12/21/2021. NEF regenerated. (maf) (Entered: 12/20/2021) |
| 12/21/2021 | | **TEXT ORDER Setting Response Deadline re: 221 MOTION to Approve Plaintiffs' Class Notice. Responses due on or before 1/4/2022. So Ordered by District Judge Max O. Cogburn, Jr. on 12/21/2021. (maf)** (Entered: 12/21/2021) |
| 12/22/2021 | | NOTICE of Hearing on Motions: The 158 MOTION for Summary Judgment, 176 MOTION to Dismiss, 186 MOTION for Equitable Tolling of the Statute of Limitations, 193 MOTION to Dismiss, 204 MOTION for Summary Judgment, 208 MOTION for Summary Judgment, and 221 MOTION to Approve Plaintiffs' Class Notice will be heard on 1/31/2022 at 2:15 p.m. in Courtroom 1, 100 Otis St, |

| | | |
|---|---|---|
| | | Asheville, NC 28801 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document*. (maf) (Entered: 12/22/2021) |
| 01/04/2022 | 222 | MOTION Requesting A Judicial Settlement Conference by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris. Responses due by 1/18/2022 (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 01/04/2022) |
| 01/04/2022 | 223 | MEMORANDUM in Opposition re 221 MOTION to Approve Plaintiffs' Class Notice by Troy Curran, The Computer Haus NC, Inc.. Replies due by 1/11/2022 (Attachments: # 1 Exhibit A - Redline Version of Class Notice)(Yarbrough, Jonathan) (Entered: 01/04/2022) |
| 01/04/2022 | | **TEXT-ONLY ORDER terminating as moot the 158 Motion for Summary Judgment in light of the filing of the 166 Fourth Amended Complaint. The Court further gives notice that the hearing on the 176 MOTION to Dismiss, 186 MOTION for Equitable Tolling of the Statute of Limitations, 193 MOTION to Dismiss, 204 MOTION for Summary Judgment, 208 MOTION for Summary Judgment, and 221 MOTION to Approve Plaintiffs' Class Notice remains set for 1/31/2022 at 2:15 p.m. in Asheville. So Ordered by District Judge Max O. Cogburn, Jr. on 1/4/2022.(maf)** (Entered: 01/04/2022) |
| 01/11/2022 | 224 | REPLY to Response to Motion re 221 MOTION to Approve Plaintiffs' Class Notice by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris. (Gessner, L.) (Entered: 01/11/2022) |
| 01/18/2022 | 225 | RESPONSE to Motion re 222 MOTION Requesting A Judicial Settlement Conference by Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Replies due by 1/25/2022 (Yarbrough, Jonathan) (Entered: 01/18/2022) |
| 01/31/2022 | | Minute Entry: MOTION HEARING held before Judge Max O. Cogburn, Jr. re 176 MOTION to Dismiss, 193 MOTION to Dismiss for Lack of Jurisdiction, 221 MOTION to Approve Plaintiffs' Class Notice, 186 Plaintiffs' Motion for Equitable Tolling of the Statute of Limitations 208 , MOTION for Summary Judgment, and 204 MOTION for Summary Judgment. Motions taken under advisement, order to issue. Plaintiffs attorney: L. Michelle Gessner. Defendants attorneys: Jill Evert, Jonathan Yarbrough. Court reporter: Cheryl Nuccio 704-350-7494. (khm) Modified text to change hearing judge on 1/31/2022. NEF regenerated. (maf) (Entered: 01/31/2022) |
| 02/15/2022 | | **TEXT-ONLY ORDER granting 222 Motion for Judicial Settlement Conference** *Text of Order: ORDER: After review of the motion and consultation with the chambers of the presiding District Judge, Plaintiffs' Motion for a Judicial Settlement Conference is GRANTED. The Clerk is RESPECTFULLY DIRECTED to schedule a video conference with counsel for the parties to discuss logistics of the judicial settlement conference. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 2/15/2022. (kkb)** (Entered: 02/15/2022) |
| 02/15/2022 | 226 | **ORDER granting 186 Plaintiffs' Motion for Equitable Tolling of the Statute of Limitations. Signed by District Judge Max O. Cogburn, Jr. on 2/15/2022.** |

| | | |
|---|---|---|
| | | **(khm)** (Entered: 02/15/2022) |
| 02/16/2022 | | NOTICE of Hearing: Scheduling Conference set for 2/22/2022 at 3:30 p.m. via Teams videoconference before Magistrate Judge W. Carleton Metcalf. *The Clerk will contact the parties via separate email with a link for the hearing.* (maf) (Entered: 02/16/2022) |
| 02/22/2022 | | Minute Entry: SCHEDULING CONFERENCE held before Magistrate Judge W. Carleton Metcalf. Plaintiffs attorney: L. Michelle Gessner and Nicole Katherine Haynes. Defendants attorney: Jonathan W. Yarbrough and Jill A. Evert. A video conference was held on February 22, 2022 with L. Michelle Gessner and Nicole Katherine Haynes participating on behalf of Plaintiffs and Jonathan W. Yarbrough and Jill A. Evert participating on behalf of Defendants to discuss the logistics of a judicial settlement conference. An order regarding the judicial settlement conference will issue. (kkb) (Entered: 02/22/2022) |
| 02/23/2022 | 227 | **ORDER: A Judicial Settlement Conference is set for 3/8/2022 at 9:00 a.m. in Chambers before Magistrate Judge W. Carleton Metcalf. Settlement memorandums should be no longer than 3 pages and are to be submitted no later than 3/4/2022. (See Order for further details with respect to appearances.) Signed by Magistrate Judge W. Carleton Metcalf on 2/23/2022. (maf)** (Entered: 02/23/2022) |
| 03/04/2022 | 228 | Rule 26 Disclosures by The Computer Haus NC, Inc. (Evert, Jill) Modified docket text on 3/7/2022. (maf) (Entered: 03/04/2022) |
| 03/07/2022 | 229 | MOTION to Continue Docket Call/Trial by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 3/21/2022 (Attachments: # 1 Proposed Order) (Haynes, Nicole) (Entered: 03/07/2022) |
| 03/08/2022 | | Minute Entry: SETTLEMENT CONFERENCE held before Magistrate Judge W. Carleton Metcalf. Plaintiffs attorney: Michelle Gessner. Defendants attorney: Jonathan Yarbrough and Jill Evert. On March 8, 2022 the undersigned conducted a judicial settlement conference in this matter by video. Attorney Michelle Gessner appeared, along with Plaintiff Shailesh Jahagirdar. Attorneys Jonathan Yarbrough and Jill Evert appeared, along with Defendant Troy Curran. The parties reached an impasse. (kkb) (Entered: 03/08/2022) |
| 03/10/2022 | 230 | **ORDER granting Plaintiff's 229 Motion to Continue Docket Call/Trial. Jury Trial RESET for 6/6/2022 at 9:31 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn, Jr. Signed by District Judge Max O. Cogburn, Jr. on 3/10/2022. (khm)** (Entered: 03/10/2022) |
| 03/17/2022 | 231 | **ORDER: Defendants Mark Curran and Curran Brothers, LCC's 176 Motion to Dismiss, Defendants Amber and Brandy Curran's 193 Motion to Dismiss and Defendants Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, and Zephyr Investments, Inc.'s 208 Motion for Summary Judgment, are DENIED. Signed by District Judge Max O. Cogburn, Jr. on 3/17/2022. (maf)** (Entered: 03/17/2022) |
| 03/30/2022 | 232 | NOTICE of Appearance by Matthew J. Gilley on behalf of Mark Curran, Curran Brothers, LLC (Gilley, Matthew) (Entered: 03/30/2022) |

| | | |
|---|---|---|
| 03/31/2022 | 233 | MOTION for Extension of Time to Answer re: 166 Fourth Amended Complaint by Mark Curran, Curran Brothers, LLC. (Gilley, Matthew). Motions referred to W. Carleton Metcalf. Modified text on 3/31/2022 (kby). (Entered: 03/31/2022) |
| 03/31/2022 | 234 | ANSWER to 166 Fourth Amended Complaint by Amber Curran, Brandy Curran. (Yarbrough, Jonathan) Modified text on 4/1/2022 (kby). (Entered: 03/31/2022) |
| 04/01/2022 | | **TEXT-ONLY ORDER granting 233 Motion for Extension of Time to Answer re: 166 Amended Complaint . Mark Curran answer due 4/7/2022; Curran Brothers, LLC answer due 4/7/2022.** *Text of Order: ORDER: Although the Motion does not set forth Plaintiffs' position, considering the brief extension sought, the Motion of Defendants Mark Curran and Curran Brothers, LLC for an Extension of Time to Answer Plaintiffs' Fourth Amended Complaint is GRANTED, and the deadline for defendants Mark Curran and Curran Brothers, LLC to answer Plaintiffs' Fourth Amended Complaint is EXTENDED by seven days, through and including April 7, 2022. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 4/1/2022. (kkb)** (Entered: 04/01/2022) |
| 04/04/2022 | 235 | NOTICE of Appearance by Jill A. Evert on behalf of Amber Curran, Brandy Curran, Ocean Dance (Evert, Jill) (Entered: 04/04/2022) |
| 04/07/2022 | 236 | ANSWER to 166 Amended Complaint by Mark Curran, Curran Brothers, LLC. (Gilley, Matthew). (khm) (Entered: 04/07/2022) |
| 04/22/2022 | 237 | MOTION to Withdraw as Attorney *by Nicole K. Haynes* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris. Responses due by 5/6/2022 (Haynes, Nicole). Motions referred to W. Carleton Metcalf. (Entered: 04/22/2022) |
| 04/25/2022 | 238 | **ORDER: The 237 Motion to Withdraw as Counsel is GRANTED, and Nicole K. Haynes is WITHDRAWN as counsel of record for Plaintiffs. Signed by Magistrate Judge W. Carleton Metcalf on 4/25/2022. (maf)** (Entered: 04/25/2022) |
| 04/28/2022 | 239 | MOTION to Continue Docket Call/Trial by Mark Curran, Curran Brothers, LLC. Responses due by 5/12/2022 (Attachments: # 1 Proposed Order) (Gilley, Matthew) (Entered: 04/28/2022) |
| 05/04/2022 | 240 | NOTICE *of Filing of Request for Exclusion from Class Action Received from Michelle VanDiest* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat (Gessner, L.) (Entered: 05/04/2022) |
| 05/06/2022 | 241 | **ORDER denying as moot 221 Motion to Approve Plaintiffs' Class Notice. Signed by District Judge Max O. Cogburn, Jr on 5/6/2022. (ams)** (Entered: 05/06/2022) |
| 05/06/2022 | 242 | **ORDER granting 239 Motion to Continue Docket Call/Trial Docket Call RESET for 8/1/2022 09:31 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. Signed by District Judge Max O. Cogburn, Jr on 5/6/2022. (ams)** (Entered: 05/06/2022) |
| 05/11/2022 | 243 | **ORDER denying 204 Motion for Summary Judgment. However, the Court will allow the parties to be heard on Plaintiffs state law claims at trial, and will permit the parties to submit supplement briefings addressing which state law** |

| | | |
|---|---|---|
| | | **claims are preempted and/or legally insufficient and why or why not. The parties shall each have thirty (30) days to file supplemental briefing addressing this issue, and twenty (20) days thereafter to file responses. Signed by District Judge Max O. Cogburn, Jr on 5/11/2022. (ams)** (Entered: 05/11/2022) |
| 05/24/2022 | 244 | NOTICE of Appearance by Matthew J. Gilley on behalf of Mark Curran, Curran Brothers, LLC (Gilley, Matthew) (Entered: 05/24/2022) |
| 05/24/2022 | 245 | NOTICE of Appearance by Benjamin Paul Fryer on behalf of Mark Curran, Curran Brothers, LLC (Fryer, Benjamin) (Entered: 05/24/2022) |
| 06/06/2022 | 246 | MOTION to Withdraw as Attorney by Amber Curran, Brandy Curran, Troy Curran, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 6/21/2022 (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. Modified text on 6/7/2022 (ams). (Entered: 06/06/2022) |
| 06/08/2022 | 247 | MOTION to Modify Case Management Plan and Request for Scheduling Conference re 39 Scheduling Order, by Mark Curran, Curran Brothers, LLC. Responses due by 6/22/2022 (Attachments: # 1 Proposed Order Granting Motion to Modify Case Management Plan and Request for Scheduling Conference) (Fryer, Benjamin). Motions referred to W. Carleton Metcalf. (Entered: 06/08/2022) |
| 06/08/2022 | 248 | MEMORANDUM in Support re 247 MOTION to Modify Case Management Plan and Request for Scheduling Conference re 39 Scheduling Order, by Mark Curran, Curran Brothers, LLC. (Attachments: # 1 Appendix Unpublished Opinions)(Fryer, Benjamin) (Entered: 06/08/2022) |
| 06/09/2022 | | **TEXT-ONLY ORDER** *Text of Order: On June 6, 2022, Jonathan W. Yarbrough and Jill A. Evert and the law firm of Constangy, Brooks, Smith and Prophete, LLP filed a Motion to be Relieved as Counsel for Defendants (the "Motion to Withdraw") seeking to withdraw as counsel for The Computer Haus NC, Inc., Troy Curran, Ocean Tec, Inc. dba CityMac, Zephyr Investments, Inc., T.S. Leasing, LLC, Green Vault, Inc., Curran Ranch, Northern Passage, Inc., Sailish Sea, LLC, Amber Curran, Brandy Curran, and Ocean Dance. The undersigned finds that a hearing on the Motion to Withdraw would be beneficial. Accordingly, the Clerk is respectfully directed to set a hearing on the Motion to Withdraw. Counsel should appear in person. Troy Curran, Amber Curran, Brandy Curran and a representative of each of the entities listed herein shall personally participate in the hearing via video teleconference or, if video teleconference is unavailable, via telephone. So Ordered.* **Entered at the direction of Magistrate Judge W. Carleton Metcalf on 6/9/2022. (kby)** (Entered: 06/09/2022) |
| 06/09/2022 | | NOTICE of Hearing on Motions re: 246 MOTION to Withdraw as Attorney *(MOTION TO BE RELIEVED AS COUNSEL)*, 247 MOTION to Modify Case Management Plan and Request for Scheduling Conference re 39 Scheduling Order. Motion Hearing set for 6/20/2022 10:00 AM in Courtroom 2, 100 Otis St, Asheville, NC 28801 before Magistrate Judge W. Carleton Metcalf. *This is your only notice - you will not receive a separate document.*(kby) (Entered: 06/09/2022) |
| 06/09/2022 | | AMENDED NOTICE of Hearing on Motion re: 246 MOTION to Withdraw as Attorney *(MOTION TO BE RELIEVED AS COUNSEL)*, 247 MOTION to Modify Case Management Plan and Request for Scheduling Conference re 39 Scheduling |

| | | |
|---|---|---|
| | | Order. Motion Hearing RESCHEDULED to 6/22/2022 10:00 AM in Courtroom 2, 100 Otis St, Asheville, NC 28801 before Magistrate Judge W. Carleton Metcalf. *This is your only notice - you will not receive a separate document*.(kby) (Entered: 06/09/2022) |
| 06/09/2022 | 249 | MEMORANDUM/BRIEF *Supplemental Brief on Plaintiffs' State Law Claims* by The Computer Haus NC, Inc. re: 243 Order on Motion for Summary Judgment,, (Evert, Jill) (Entered: 06/09/2022) |
| 06/10/2022 | 250 | MEMORANDUM/BRIEF by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris re: 243 Order on Motion for Summary Judgment,, (Gessner, L.) (Entered: 06/10/2022) |
| 06/14/2022 | 251 | NOTICE of Appearance by Evan R. Dancy on behalf of Mark Curran, Curran Brothers, LLC (Dancy, Evan) (Entered: 06/14/2022) |
| 06/21/2022 | 252 | MOTION to Seal Document 246 MOTION to Withdraw as Attorney by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 7/5/2022 (Yarbrough, Jonathan). Motions referred to W. Carleton Metcalf. Modified on 6/22/2022 (ams). (Entered: 06/21/2022) |
| 06/21/2022 | 253 | RESPONSE in Opposition re 247 MOTION to Modify Case Management Plan and Request for Scheduling Conference re 39 Scheduling Order, by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 6/28/2022 (Attachments: # 1 Exhibit A - Email with Curran Counsel rejecting and opposing discovery of Curran, # 2 Exhibit B - Email with (new) Curran Counsel opposing and objecting to discovery of Curran)(Gessner, L.) (Entered: 06/21/2022) |
| 06/22/2022 | 254 | Unopposed MOTION for Leave to Appear by Videoconference for Hearing by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 7/6/2022 (Attachments: # 1 Exhibit A - Email with Clerk/Opposing Counsel) (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 06/22/2022) |
| 06/22/2022 | | **TEXT-ONLY ORDER granting 254 Motion for Leave to Appear Remotely** *Text of Order: ORDER: For the reasons stated, Plaintiffs' Emergency Motion to Allow Plaintiffs' Counsel to Appear for Hearing on Defendants' Motion to Withdraw as Counsel and Motion to Modify Scheduling Order by Videoconferencing is GRANTED, and Plaintiffs' counsel is GRANTED LEAVE to appear remotely for the June 22, 2022 hearing. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 6/22/2022. (kkb)** (Entered: 06/22/2022) |
| 06/22/2022 | | Minute Entry: MOTION HEARING held before Magistrate Judge W. Carleton Metcalf re: 246 MOTION to Withdraw as Attorney *(MOTION TO BE RELIEVED AS COUNSEL)*, 247 MOTION to Modify Case Management Plan and Request for Scheduling Conference re 39 Scheduling Order, 252 MOTION to Seal Document. Written Order to follow. Plaintiffs attorney: L. Michelle Gessner (remotely). Defendants attorneys: Jill A. Evert, Jonathan W. Yarborough, Evan R. Dancy. Defendant: Troy Curran (remotely). Court reporter: Digital Court Recorder. (kby) (Entered: 06/22/2022) |

| 06/28/2022 | 257 | **ORDER: (1) The 246 Motion to Be Relieved as Counsel is GRANTED as follows: a) Jonathan Yarbrough and Jill Evert are WITHDRAWN as counsel of record for The Computer Haus NC, Inc.; Troy Curran; Ocean Tech, Inc.; Zephyr Investments, Inc.; TS Leasing, LLC; Green Vault, Inc.; Curran Ranch, LLC; Northern Passage, Inc.; Salish Sea, LLC; Curran Holdings, LLC; Brandy Curran; Amber Curran; and Ocean Dance. b) Jonathan Yarbrough is WITHDRAWN as counsel of record for Mark Curran and Curran Brothers, LLC. c) Jonathan Yarbrough and Jill Evert are directed to FILE, on or before 7/1/2022, a Notice setting forth the last known addresses for The Computer Haus NC, Inc.; Ocean Tech, Inc.; and Curran Holdings, LLC. d) The Computer Haus NC, Inc.; Ocean Tech, Inc.; Zephyr Investments, Inc.; TS Leasing, LLC; Green Vault, Inc.; Curran Ranch, LLC; Northern Passage, Inc.; Salish Sea, LLC; Curran Holdings, LLC; and Ocean Dance are ADVISED that they may only appear in this action through counsel and that such substitute attorney(s) must file a notice of appearance for them in this case on or before 7/13/2022. These Defendants are further advised that if new counsel does not appear by that date, the undersigned will recommend that default be entered against any of these Defendants that remain unrepresented. (2) The 252 Motion to File Affidavit Under Seal or Otherwise Allow for In Camera Review is GRANTED, and the Clerk is respectfully directed to file the Affidavit of Mr. Yarbrough, which was provided during the 6/22/2022 hearing, UNDER SEAL. (3) The 247 Motion to Modify Case Management Plan and Request for Scheduling Conference is DENIED. Signed by Magistrate Judge W. Carleton Metcalf on 6/27/2022. (khm)** (Entered: 06/28/2022) |
| 06/28/2022 | 258 | SEALED AFFIDAVIT of Jonathan W. Yarbrough *(Sealed - Court)*. (khm) (Entered: 06/28/2022) |
| 06/30/2022 | 259 | NOTICE *of Last Known Addresses* by Curran Holdings, LLC, Ocean Tech, Inc., The Computer Haus NC, Inc. re 257 Order,,,,,,, Set Deadlines,,,,,,, Terminate Motions,,,,,,, Add and Terminate Attorneys,,,,,,, (Yarbrough, Jonathan) (Entered: 06/30/2022) |
| 07/11/2022 | 260 | NOTICE of Appearance by Nathan Adam White on behalf of Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc. (White, Nathan) (Entered: 07/11/2022) |
| 07/11/2022 | 261 | NOTICE of Appearance by John M. Spencer on behalf of Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc. (Spencer, John) (Entered: 07/11/2022) |
| 07/11/2022 | 262 | NOTICE of Appearance by Colin R. Stockton on behalf of Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc. (Stockton, Colin) (Entered: 07/11/2022) |
| 07/13/2022 | 263 | DELETED DOCUMENT - DOCUMENT TO BE REFILED (brl). (Entered: 07/13/2022) |

| 07/13/2022 | 264 | Unopposed MOTION to Continue Docket Call/Trial by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 7/27/2022 (Attachments: # 1 Proposed Order Proposed Order Granting Motion to Continue) (White, Nathan) (Entered: 07/13/2022) |
|---|---|---|
| 07/15/2022 | 265 | **ORDER granting 264 Motion to Continue Docket Call/Trial. Jury Trial RESET for 10/3/2022 09:31 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. The Court will schedule a pretrial conference to be held before the trial date. Signed by District Judge Max O. Cogburn, Jr on 7/15/2022. (ams)** (Entered: 07/15/2022) |
| 08/11/2022 | 266 | MOTION for Judgment on the Pleadings by Mark Curran, Curran Brothers, LLC. Responses due by 8/25/2022 (Attachments: # 1 Proposed Order Granting Motion for Judgment on the Pleadings) (Fryer, Benjamin) (Entered: 08/11/2022) |
| 08/11/2022 | 267 | MEMORANDUM in Support re 266 MOTION for Judgment on the Pleadings by Mark Curran, Curran Brothers, LLC. (Attachments: # 1 Appendix Unpublished Opinions)(Fryer, Benjamin) (Entered: 08/11/2022) |
| 08/24/2022 | 268 | MOTION for Extension of Time to File Response/Reply re: 266 MOTION for Judgment on the Pleadings by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 9/7/2022 (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 08/24/2022) |
| 08/26/2022 | 269 | MOTION for Judgment on the Pleadings by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 9/9/2022 (Attachments: # 1 Proposed Order) (White, Nathan) (Entered: 08/26/2022) |
| 08/26/2022 | 270 | MEMORANDUM in Support re 269 MOTION for Judgment on the Pleadings by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. (White, Nathan) (Entered: 08/26/2022) |
| 08/29/2022 | 271 | RESPONSE to Motion re 268 MOTION for Extension of Time to File Response/Reply re: 266 MOTION for Judgment on the Pleadings by Mark Curran, Curran Brothers, LLC. Replies due by 9/6/2022 (Fryer, Benjamin) (Entered: 08/29/2022) |
| 08/30/2022 | | **TEXT-ONLY ORDER granting 268 Motion for Extension of Time to File Response/Reply re 266 MOTION for Judgment on the Pleadings Responses due by 9/9/2022** *Text of Order: ORDER: Plaintiffs' Motion for Extension of Time to File Response in Opposition to Defendants' Motion for Judgment on the Pleadings is GRANTED, and the deadline for Plaintiffs to file a response to the Motion for Judgment on the Pleadings filed by Mark Curran and Curran Brothers, LLC is EXTENDED through and including September 9, 2022. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 8/30/2022. (kkb)** (Entered: 08/30/2022) |

| 09/06/2022 | 272 | MOTION to Continue Docket Call/Trial ( Responses due by 9/20/2022 ), MOTION for Extension of Time to File Response/Reply re: 269 MOTION for Judgment on the Pleadings , 266 MOTION for Judgment on the Pleadings by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 09/06/2022) |
| --- | --- | --- |
| 09/07/2022 | 273 | RESPONSE in Opposition re 272 MOTION to Continue Docket Call/Trial MOTION for Extension of Time to File Response/Reply re: 269 MOTION for Judgment on the Pleadings , 266 MOTION for Judgment on the Pleadings by Mark Curran, Curran Brothers, LLC. Replies due by 9/14/2022 (Attachments: # 1 Exhibit 1 - Email Re: Trial Continuance)(Fryer, Benjamin) (Entered: 09/07/2022) |
| 09/09/2022 | 274 | **ORDER that Plaintiffs' 272 Motion to Continue Trial and Motion for Extension of Time to Respond to Defendants' for Judgment on the Pleadings is GRANTED as follows:(1) Trial is RESET to the term beginning 2/6/2023. (2) Plaintiffs' deadline to file a response to the 266 Motion for Judgment on the Pleadings filed by Mark Curran and Curran Brothers, LLC is EXTENDED through and including 9/23/2022. (Docket Call reset for 2/6/2023 at 9:31 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn, Jr.) Signed by Magistrate Judge W. Carleton Metcalf on 9/9/2022. (khm)** (Entered: 09/09/2022) |
| 09/23/2022 | 275 | RESPONSE in Opposition re 269 MOTION for Judgment on the Pleadings by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 9/30/2022 (Gessner, L.) (Entered: 09/23/2022) |
| 09/23/2022 | 276 | RESPONSE in Opposition re 266 MOTION for Judgment on the Pleadings by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 9/30/2022 (Gessner, L.) (Entered: 09/23/2022) |
| 09/29/2022 | 277 | Joint MOTION to Bifurcate by Amber Curran, Brandy Curran, Mark Curran, Troy Curran, Curran Brothers, LLC, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 10/13/2022 (Attachments: # 1 Memorandum Memorandum in Support of Motion to Bifurcate) (White, Nathan) (Entered: 09/29/2022) |
| 09/30/2022 | 278 | REPLY to Response to Motion re 266 MOTION for Judgment on the Pleadings by Mark Curran, Curran Brothers, LLC. (Fryer, Benjamin) (Entered: 09/30/2022) |
| 09/30/2022 | 279 | REPLY to Response to Motion re 269 MOTION for Judgment on the Pleadings by Amber Curran, Brandy Curran. (White, Nathan) (Entered: 09/30/2022) |
| 10/06/2022 | 280 | MOTION for Leave to File *SURREPLY IN OPPOSITION OF DEFENDANTS MOTIONS FOR JUDGMENT ON THE PLEADINGS [ECF NOS. 266 AND 269]* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 10/20/2022 (Attachments: # 1 Exhibit 1 - Proposed Surreply) (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 10/06/2022) |

| | | |
|---|---|---|
| 10/06/2022 | 281 | RESPONSE in Opposition re 277 Joint MOTION to Bifurcate by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 10/13/2022 (Gessner, L.) (Entered: 10/06/2022) |
| 10/13/2022 | 282 | REPLY to Response to Motion re 277 Joint MOTION to Bifurcate by Amber Curran, Brandy Curran, Mark Curran, Troy Curran, Curran Brothers, LLC, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. (White, Nathan) (Entered: 10/13/2022) |
| 10/24/2022 | 283 | **ORDER that Plaintiffs' 280 Motion for Leave to File a Surreply in Opposition of Defendants' 266 MOTION for Judgment on the Pleadings , 269 MOTION for Judgment on the Pleadings is GRANTED. Plaintiffs are directed to file their surreply on or before 10/25/2022. (Specific Document due by 10/25/2022). Signed by Magistrate Judge W. Carleton Metcalf on 10/21/22. (kby)** (Entered: 10/24/2022) |
| 10/24/2022 | 284 | Surreply as to 269 MOTION for Judgment on the Pleadings , 280 MOTION for Leave to File *SURREPLY IN OPPOSITION OF DEFENDANTS MOTIONS FOR JUDGMENT ON THE PLEADINGS [ECF NOS. 266 AND 269]*, 266 MOTION for Judgment on the Pleadings by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Gessner, L.) (Entered: 10/24/2022) |
| 11/21/2022 | 285 | **ORDER granting 277 Motion to Bifurcate. Signed by District Judge Max O. Cogburn, Jr on 11/18/2022. (ams)** (Entered: 11/21/2022) |
| 11/21/2022 | 286 | **ORDER denying 266 , 269 ; Motions for Judgment on the Pleadings. Signed by District Judge Max O. Cogburn, Jr on 11/18/2022. (ams)** (Entered: 11/21/2022) |
| 12/20/2022 | 287 | Notice of Substitution of Counsel by Ryan Michel Arnold on behalf of Ocean Dance, The Computer Haus NC, Inc., Salish Sea, LLC, Green Vault, Inc., TS Leasing, LLC, Zephyr Investments, Inc., Brandy Curran, Curran Ranch, Ocean Tech, Inc., Curran Holdings, LLC, Amber Curran, Troy Curran, Northern Passage, Inc., Attorney John M. Spencer and Colin R. Stockton terminated. (Arnold, Ryan) (Entered: 12/20/2022) |
| 01/17/2023 | | NOTICE of Hearing: Final Pretrial Conference set for 1/25/2023 11:30 AM in Courtroom 2, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document.* (ams) (Entered: 01/17/2023) |
| 01/17/2023 | | Set/Reset Hearings: Final Pretrial Conference set for 1/25/2023 11:30 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. (ams) (Entered: 01/17/2023) |
| 01/18/2023 | 288 | MOTION to Withdraw as Attorney *(Matthew Gilley)* by Mark Curran, Curran Brothers, LLC. Responses due by 2/1/2023 (Gilley, Matthew). Motions referred to W. Carleton Metcalf. (Entered: 01/18/2023) |
| 01/19/2023 | | **TEXT-ONLY ORDER denying 288 Motion to Withdraw as Attorney. *Text of Order: ORDER: In light of the upcoming trial setting and because the Motion does not indicate Plaintiffs' position with respect to the requested relief, the*** |

| | | |
|---|---|---|
| | | *Motion of Matthew J. Gilley to Withdraw as Counsel for Defendants Mark Curran and Curran Brothers, LLC is DENIED WITHOUT PREJUDICE. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 1/19/2023. (kkb)** (Entered: 01/19/2023) |
| 01/24/2023 | 289 | Proposed Issue by Amber Curran, Brandy Curran, Mark Curran, Troy Curran, Curran Brothers, LLC, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc. (Fryer, Benjamin) (Entered: 01/24/2023) |
| 01/24/2023 | 290 | MOTION to Withdraw as Attorney *(Matthew Gilley)* by Mark Curran, Curran Brothers, LLC. Responses due by 2/7/2023 (Gilley, Matthew). Motions referred to W. Carleton Metcalf. (Entered: 01/24/2023) |
| 01/24/2023 | 291 | MOTION in Limine *for Phase One of the Trial* by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 2/7/2023 (Attachments: # 1 Memorandum) (White, Nathan) (Entered: 01/24/2023) |
| 01/25/2023 | 292 | Proposed Issue by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris (Gessner, L.) (Entered: 01/25/2023) |
| 01/25/2023 | | Minute Entry: FINAL PRETRIAL CONFERENCE held before District Judge Max O. Cogburn, Jr. and 1/25/2023: Court addressed trial schedule, jury selection, and other matters with respect to the upcoming trial. Jury selection will be held on 2/6/2023. This case will be the second civil case heard during this term of court. Plaintiffs' attorney: L. Michelle Gessner. Defense attorneys: Nathan Adam White, Evan R. Dancy, and Benjamin Paul Fryer. Court reporter: Michelle McGirr (828-771-7217). (maf) (Entered: 01/25/2023) |
| 01/25/2023 | | **TEXT-ONLY ORDER granting 290 Motion to Withdraw as Attorney. Attorney Matthew J. Gilley terminated** *Text of Order: ORDER: For the reasons set out in the Motion, the Consent Motion of Matthew J. Gilley to Withdraw as Counsel for Defendants Mark Curran and Curran Brothers, LLC is GRANTED, and Matthew J. Gilley is WITHDRAWN as counsel of record for Mark Curran and Curran Brothers, LLC. Benjamin Paul Fryer and Evan R. Dancy remain as counsel of record for these defendants. So Ordered.* **Entered by Magistrate Judge W. Carleton Metcalf on 1/25/2023. (kkb)** (Entered: 01/25/2023) |
| 01/26/2023 | 293 | CERTIFICATE OF SERVICE by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat *Trial Subpoena - Troy Curran* (Attachments: # 1 Exhibit A - Troy Curran Trial Subpoena)(Gessner, L.) (Entered: 01/26/2023) |
| 01/27/2023 | 294 | RESPONSE in Opposition re 291 MOTION in Limine *for Phase One of the Trial* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 2/3/2023 (Gessner, L.) (Entered: 01/27/2023) |
| 01/30/2023 | | NOTICE of Hearing: Jury Selection set for 2/6/2023 09:00 AM in Courtroom #5A, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. |

| | | |
|---|---|---|
| | | *This is your only notice - you will not receive a separate document.*(ams) (Entered: 01/30/2023) |
| 01/30/2023 | | Set/Reset Hearings: (Location Change Only) Jury Selection set for 2/6/2023 09:00 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. (ams) (Entered: 01/30/2023) |
| 02/03/2023 | 295 | Proposed Voir Dire by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.(White, Nathan) (Entered: 02/03/2023) |
| 02/03/2023 | 296 | REPLY to Response to Motion re 291 MOTION in Limine *for Phase One of the Trial* by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. (White, Nathan) (Entered: 02/03/2023) |
| 02/05/2023 | 297 | Proposed Voir Dire by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris (Attachments: # 1 Exhibit A - Plaintiffs Class/Collective List)(Gessner, L.) (Entered: 02/05/2023) |
| 02/06/2023 | | Minute Entry: JURY SELECTION held before District Judge Max O. Cogburn, Jr. Jury selected and sworn. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Nathan White, Benjamin Fryer, Evan Dancy. Court reporter: Michelle McGirr. (ams) (Entered: 02/06/2023) |
| 02/06/2023 | 298 | Surreply as to 291 MOTION in Limine *for Phase One of the Trial* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Attachments: # 1 Exhibit A - Curran transferring of $1.29MM asset)(Gessner, L.) (Entered: 02/06/2023) |
| 02/08/2023 | 299 | DECLARATION of Simon Brownlie filed by Troy Curran (White, Nathan) (Entered: 02/08/2023) |
| 02/09/2023 | 300 | Surreply as to 291 MOTION in Limine *for Phase One of the Trial* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Attachments: # 1 Exhibit A - Curran Deposition Excerpts, # 2 Exhibit B - Brownlie Resignation and Administrative Dissolution, # 3 Exhibit C - Curran Brothers LLC Name Change After Court Denying Motion for Judgment on the Pleadings, # 4 Exhibit D - Curran Brothers LLC Restatement of Articles of Incorporation for New Named Company After Court Denying Motion for Judgment on the Pleadings)(Gessner, L.) (Entered: 02/09/2023) |
| 02/10/2023 | 301 | Witness List *(Sealed - Participants)* by Amber Curran, Brandy Curran, Mark Curran, Troy Curran, Curran Brothers, LLC, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.(Dancy, Evan) (Entered: 02/10/2023) |
| 02/10/2023 | 302 | CERTIFICATE OF SERVICE by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat (Attachments: # 1 Exhibit A - Kriegler Declaration - FRE Rule 1006) (Gessner, L.) (Entered: 02/10/2023) |

| 02/10/2023 | 303 | Exhibit List by Amber Curran, Brandy Curran, Mark Curran, Troy Curran, Curran Brothers, LLC, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc..(Dancy, Evan) (Entered: 02/10/2023) |
|---|---|---|
| 02/10/2023 | 304 | TRIAL BRIEF by Mark Curran, Curran Brothers, LLC(Dancy, Evan) (Entered: 02/10/2023) |
| 02/11/2023 | 305 | Witness List *(Sealed - Participants)* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris(Gessner, L.) (Entered: 02/11/2023) |
| 02/11/2023 | 306 | Exhibit List by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris.(Gessner, L.) (Entered: 02/11/2023) |
| 02/11/2023 | 307 | CERTIFICATE OF SERVICE by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat *Plaintiffs' Requested Stipulations* (Attachments: # 1 Exhibit A - Plaintiffs' Requested Stipulations)(Gessner, L.) (Entered: 02/11/2023) |
| 02/12/2023 | 308 | Proposed Jury Instructions by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris(Gessner, L.) (Entered: 02/12/2023) |
| 02/12/2023 | 309 | MOTION to Allow Andrew Free to Appear and Provide Testimony at Trial by Video Conferencing by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 2/27/2023 (Attachments: # 1 Exhibit A - Medical Note from Free's Providers re Travel) (Gessner, L.). Modified to remove referral on 2/13/2023 (ams). (Entered: 02/12/2023) |
| 02/12/2023 | 310 | MOTION to Stay *Trial*, MOTION to Continue Docket Call/Trial by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 2/27/2023 (Attachments: # 1 Exhibit A - Nathan White Email of 2/10/2023, # 2 Exhibit B - Kriegler Declaration Service offering deposition to Defendants, # 3 Exhibit C - Defendants refusal to consider stipulations, # 4 Exhibit D - Proof of Access to Kriegler Working Papers) (Gessner, L.). Modified to remove referral on 2/13/2023 (ams). (Entered: 02/12/2023) |
| 02/12/2023 | 311 | Exhibit by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Exhibit to 310 Motion to Stay, Motion to Continue Docket Call/Trial,,,, *CORRECTED EXHIBIT A* (Gessner, L.) (Entered: 02/12/2023) |
| 02/13/2023 | 312 | (Corrected) Motion to Stay Trial Pending Resolution of Newly Filed Criminal Case, or, in the Alternative, Continue Trial for 30 Days by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Gessner, L.) Modified text on 2/14/2023 (ams). (Entered: 02/13/2023) |
| 02/13/2023 | 313 | RESPONSE in Opposition re 310 MOTION to Stay *Trial* MOTION to Continue Docket Call/Trial by Amber Curran, Brandy Curran, Mark Curran, Troy Curran, Curran Brothers, LLC, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., |

| | | |
|---|---|---|
| | | Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Replies due by 2/21/2023 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(White, Nathan) (Entered: 02/13/2023) |
| 02/13/2023 | 314 | RESPONSE in Opposition re 309 MOTION to Allow Andrew Free to Appear and Provide Testimony at Trial by Video Conferencing by Amber Curran, Brandy Curran, Mark Curran, Troy Curran, Curran Brothers, LLC, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Replies due by 2/21/2023 (White, Nathan) (Entered: 02/13/2023) |
| 02/13/2023 | 315 | TRIAL BRIEF *PLAINTIFFS PHASE ONE TRIAL BRIEF ON WAGE LAW CLAIMS* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris (Attachments: # 1 Exhibit A - Monroe Jury Verdict)(Gessner, L.) (Entered: 02/13/2023) |
| 02/13/2023 | 316 | REPLY to Response to Motion re 310 MOTION to Stay *Trial* MOTION to Continue Docket Call/Trial by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Gessner, L.) (Entered: 02/13/2023) |
| 02/15/2023 | | Minute Entry: TELEPHONE CONFERENCE held before District Judge Max O. Cogburn, Jr. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Nathan Adam White, Evan R. Dancy, Benjamin Paul Fryer. Court reporter: Michelle McGirr. (ams) (Entered: 02/15/2023) |
| 02/15/2023 | 317 | MOTION for clarification *Plaintiffs Emergency Motion For Clarification And Further Consideration To Begin Trial On February 21, 2023* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 3/1/2023 (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 02/15/2023) |
| 02/15/2023 | 318 | MOTION in Limine *to Exclude the Testimony and Report of Dr. Brian Kriegler* by Amber Curran, Brandy Curran, Mark Curran, Troy Curran, Curran Brothers, LLC, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 3/1/2023 (Attachments: # 1 Exhibit A, # 2 Exhibit B) (White, Nathan) (Entered: 02/15/2023) |
| 02/15/2023 | | NOTICE of Hearing: Oral Argument/Hearing set for 2/16/2023 09:30 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document.* (ams) (Entered: 02/15/2023) |
| 02/15/2023 | 319 | RESPONSE in Opposition re 318 MOTION in Limine *to Exclude the Testimony and Report of Dr. Brian Kriegler* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 2/22/2023 (Gessner, L.) (Entered: 02/15/2023) |
| 02/16/2023 | | Minute Entry: ORAL ARGUMENT HEARING re: Motions and other Issues held before District Judge Max O. Cogburn, Jr. Plaintiffs attorney: L. Michelle Gessner. |

| | | |
|---|---|---|
| | | Defendants attorney: Nathan White, Benjamin Fryer, Evan Dancy. Court reporter: Kathleen Cortopassi. (ams) (Entered: 02/16/2023) |
| 02/16/2023 | | NOTICE of Hearing: Jury Trial set for 2/21/2023 09:00 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document.*(ams) (Entered: 02/16/2023) |
| 02/21/2023 | 320 | Exhibit List by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris.(Gessner, L.) (Entered: 02/21/2023) |
| 02/21/2023 | | Minute Entry: JURY TRIAL held before District Judge Max O. Cogburn, Jr. Opening Statements. Evidence Introduced. Jury Trial set for 2/22/2023 09:00 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Nathan White,Evan Dancy. Court reporter: Michelle McGirr. (ams) (Entered: 02/21/2023) |
| 02/22/2023 | 321 | Exhibit List by Troy Curran, Ocean Tech, Inc., The Computer Haus NC, Inc.. (White, Nathan) (Entered: 02/22/2023) |
| 02/22/2023 | | Minute Entry: JURY TRIAL held before District Judge Max O. Cogburn, Jr. Evidence Introduced. Jury Trial set for 2/23/2023 09:00 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Nathan White,Evan Dancy. Court reporter: Michelle McGirr. (ams) (Entered: 02/22/2023) |
| 02/23/2023 | 322 | MEMORANDUM/BRIEF *PLAINTIFFS SUPPLEMENTAL BRIEF ON RELEVANCE OF TRANSFERRING ASSETS* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris (Gessner, L.) (Entered: 02/23/2023) |
| 02/23/2023 | | Minute Entry: JURY TRIAL held before District Judge Max O. Cogburn, Jr. Evidence Introduced. Jury Trial set for 2/24/2023 08:30 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Nathan White,Evan Dancy. Court reporter: Michelle McGirr. (ams) (Entered: 02/23/2023) |
| 02/24/2023 | 323 | MEMORANDUM/BRIEF *PLAINTIFFS TRIAL BRIEF ON CALCULATION OF DAMAGES* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris (Gessner, L.) (Entered: 02/24/2023) |
| 02/24/2023 | | Minute Entry: JURY TRIAL held before District Judge Max O. Cogburn, Jr. Evidence Introduced. Plaintiff rested. Defendant rested. Jury Trial set for 2/27/2023 08:30 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Nathan White,Evan Dancy. Court reporter: Michelle McGirr. (ams) (Entered: 02/24/2023) |
| 02/27/2023 | | Minute Entry: JURY TRIAL held before District Judge Max O. Cogburn, Jr. Closing arguments. Courts charge. Jury retires to deliberate. Jury Trial set for 2/28/2023 09:00 AM in Courtroom #5A, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Nathan White,Evan Dancy. Court reporter: Michelle McGirr. (ams) (Entered: 02/27/2023) |

| | | |
|---|---|---|
| 02/28/2023 | 324 | TRIAL BRIEF *PHASE TWO* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris(Gessner, L.) (Entered: 02/28/2023) |
| 02/28/2023 | | Minute Entry: JURY TRIAL held before District Judge Max O. Cogburn, Jr. Jury retires to deliberate. Jury Trial set for 3/1/2023 09:00 AM in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Nathan White, Benjamin Fryer, Evan Dancy. Court reporter: Michelle McGirr. (ams) (Entered: 02/28/2023) |
| 03/01/2023 | 325 | MOTION for Protective Order , MOTION for Sanctions , MOTION for Order to Show Cause by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 3/15/2023 (Gessner, L.). Modified to remove referral on 3/2/2023 (ams). (Entered: 03/01/2023) |
| 03/01/2023 | 326 | MEMORANDUM/BRIEF by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris (Attachments: # 1 Exhibit A - Molnar proof of travel)(Gessner, L.) (Entered: 03/01/2023) |
| 03/01/2023 | | Minute Entry: JURY TRIAL held before District Judge Max O. Cogburn, Jr. on 3/1/2023: Argument held with respect to the Plaintiff's 325 Motion. Jury returned verdict. Jury released. Phase II of proceedings will resume on 3/2/2023 as a bench trial. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Nathan White, Benjamin Fryer, Evan Dancy. Court reporter: Michelle McGirr (828-771-7217). (maf) (Entered: 03/01/2023) |
| 03/01/2023 | | NOTICE of Hearing: Bench Trial set for 3/2/2023 at 9:00 a.m. in Courtroom 1, 100 Otis St, Asheville, NC 28801 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document*. (maf) (Entered: 03/01/2023) |
| 03/01/2023 | 327 | JURY VERDICT. (Attachment: # 1 Unredacted Signature Page) (maf) (Entered: 03/01/2023) |
| 03/02/2023 | | Minute Entry: BENCH TRIAL (Phase II of trial Proceedings) held before District Judge Max O. Cogburn, Jr. on 3/2/2023: Evidence introduced. Plaintiff rested. Defendant rested. Court stated findings on the record. Order/Judgment to Issue. Plaintiff's attorney: L. Michelle Gessner. Defense attorneys: Nathan White, Benjamin Fryer, Evan Dancy. Court reporter: Michelle McGirr (828-771-7217) (maf) (Entered: 03/02/2023) |
| 03/02/2023 | 328 | **ORDER denying 325 Motion for Protective Order, Motion for Sanctions, and Motion for Order to Show Cause. Signed by District Judge Max O. Cogburn, Jr on 3/2/2023. (brl)** (Entered: 03/02/2023) |
| 03/30/2023 | 330 | POST TRIAL MEMORANDUM/BRIEF in Support of *Liquidated Damages, Penalties, Interest and Attorney's Fees* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris (Gessner, L.) Modified text on 4/28/2023 (ejb). (Entered: 03/30/2023) |
| 04/10/2023 | | Set Deadlines/Hearings: Defendant's Reply Brief to 330 due by 4/28/2023. (ams) (Entered: 04/10/2023) |
| 04/28/2023 | 331 | REPLY to Response re 330 Memorandum, *Defendants' Response to Plaintiff's Post-Trial Brief in Support of Liquidated Damages, Penalties, Interest and* |

| | | |
|---|---|---|
| | | *Attorney's Fees* by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. (White, Nathan) (Entered: 04/28/2023) |
| 05/02/2023 | 332 | Miscellaneous Filing by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. *Plaintiffs' Proposed Final Judgment* (Attachments: # 1 Exhibit A - Jury Verdict entered March 1, 2023, # 2 Exhibit B - Penalties Owed by Person)(Gessner, L.) (Entered: 05/02/2023) |
| 07/07/2023 | 333 | MOTION to Withdraw as Attorney by Mark Curran, Curran Brothers, LLC. Responses due by 7/21/2023 (Attachments: # 1 Proposed Order) (Dancy, Evan). Motions referred to W. Carleton Metcalf. (Entered: 07/07/2023) |
| 07/11/2023 | 334 | **ORDER granting 333 Motion to Withdraw as Attorney. Attorney Evan R. Dancy is WITHDRAWN as counsel of record for Defendants Mark Curran and Curran Brothers, LLC. Signed by US Magistrate Judge W. Carleton Metcalf on 7/10/2023. (hms)** (Entered: 07/11/2023) |
| 07/14/2023 | 335 | **ORDER re 330 Brief. Liquidated damages, penalties, and interest shall be awarded, in accordance with this Order, by the Court in its final order on this matter. Signed by District Judge Max O. Cogburn, Jr on 7/14/2023. (ams)** (Entered: 07/14/2023) |
| 10/20/2023 | 336 | **FINAL JUDGMENT. Signed by District Judge Max O. Cogburn, Jr on 10/20/2023. (ams)** (Entered: 10/20/2023) |
| 11/02/2023 | 337 | Unopposed MOTION for Extension of Time To File Motion For Attorneys Fees by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 11/16/2023 (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 11/02/2023) |
| 11/03/2023 | | **TEXT-ONLY ORDER granting 337 Unopposed MOTION for Extension of Time To File Motion For Attorneys Fees *Text of Order: ORDER: The Unopposed/Consent Motion for Extension of Time to File Motion for Attorneys' Fees is GRANTED, and the deadline for Plaintiffs to file a Motion for Attorneys' Fees is EXTENDED through and including November 21, 2023. So Ordered.* Entered by US Magistrate Judge W. Carleton Metcalf on 11/3/2023. (kkb)** (Entered: 11/03/2023) |
| 11/17/2023 | 338 | MOTION for Reconsideration re 336 Judgment by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 12/1/2023 (Attachments: # 1 Memorandum) (White, Nathan). Motions referred to W. Carleton Metcalf. (Entered: 11/17/2023) |
| 11/19/2023 | 339 | MOTION to Vacate Order on Motion for Extension of Time, by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 12/4/2023 (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 11/19/2023) |

| | | |
|---|---|---|
| 11/21/2023 | 340 | RESPONSE in Opposition re 338 MOTION for Reconsideration re 336 Judgment by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 11/28/2023 (Attachments: # 1 Exhibit A - Phase II - Bench Trial Transcript Excerpts)(Gessner, L.) (Entered: 11/21/2023) |
| 12/05/2023 | 341 | **ORDER denying in part and granting in part 339 Motion to Vacate 11/3/2023 Text-Only Order on Motion for Extension of Time as stated herein. Signed by US Magistrate Judge W. Carleton Metcalf on 12/5/2023. (ejb)** (Entered: 12/05/2023) |
| 12/06/2023 | 342 | **ORDER denying 338 Motion for Reconsideration. The Court notes, however, that it plans to schedule a status conference on the remaining individual claims by Plaintiff Jahagirdar that have been severed from the FLSA claims. Signed by District Judge Max O. Cogburn, Jr on 12/6/2023. (ams)** (Entered: 12/06/2023) |
| 01/05/2024 | 343 | MOTION to Set Aside Judgment by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Responses due by 1/19/2024 (Attachments: # 1 Memorandum, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (White, Nathan) (Entered: 01/05/2024) |
| 01/05/2024 | 344 | NOTICE OF APPEAL as to 342 Order on Motion for Reconsideration, 336 Judgment by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Filing fee $ 605, receipt number ANCWDC-6354460. *Use this link www.ca4.uscourts.gov to retrieve 4th Circuit case opening documents, i.e. Appearance of Counsel, Docketing Statement, Disclosure Statement, and Transcript Order Form.* Note: Your Transcript Order Form must be served on the District Court as well as the Circuit Court. (White, Nathan) (Entered: 01/05/2024) |
| 01/08/2024 | 345 | Transmission of Notice of Appeal to US Court of Appeals re 344 Notice of Appeal (ams) (Entered: 01/08/2024) |
| 01/12/2024 | 346 | USCA Case Number 24-1046 for 344 Notice of Appeal, USCA Case Manager: Anisha Walker. (nvc) (Entered: 01/12/2024) |
| 01/17/2024 | 347 | MOTION for Extension of Time to File Response/Reply re: 343 MOTION to Set Aside Judgment *and file Plaintiffs' Motion for Attorneys' Fees and Costs* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 1/31/2024 (Attachments: # 1 Exhibit A - Meet and confer seeking withdrawal of Motion, # 2 Exhibit B - Gray Smith Declaration) (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 01/17/2024) |
| 01/22/2024 | 348 | RESPONSE in Opposition re 343 MOTION to Set Aside Judgment by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Replies due by 1/29/2024 (Attachments: # 1 Exhibit A - March 1, 2023 transcript excerpts, # 2 Exhibit B - Email to Ms. Cline, # 3 Exhibit C - February 13, 2023 email with opposing counsel |

| | | |
|---|---|---|
| | | re Stay, # 4 Exhibit D - February 23, 2023 trial transcript excerpts, # 5 Exhibit E - February 21, 2023 trial transcript excerpts)(Gessner, L.) (Entered: 01/22/2024) |
| 01/23/2024 | 349 | MOTION Plaintiffs Motion To Register Judgment Pursuant To 28 U.S.C. § 1963 by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 2/6/2024 (Gessner, L.). Motions referred to W. Carleton Metcalf. (Entered: 01/23/2024) |
| 01/29/2024 | 350 | USCA TRANSCRIPT ORDER ACKNOWLEDGMENT re 344 Notice of Appeal [24-1046]. Court Reporter: Michelle A. McGirr; Current Deadline: 04/02/2024; Proceedings: Final Pretrial Conference- 01/25/2023, Jury Trial Proceedings- 02/21/2023-02/28/2023, 03/01/2023-03/02/2023; Ordering Parties: Computer Haus NC, Inc., Curran Holdings, LLC, Curran Ranch, Amber Curran, Brandy Curran, Troy Curran, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC and Zephyr Investments, Inc. (Attachments: # 1 Transcript Order Form)(nvc) (Entered: 01/29/2024) |
| 01/31/2024 | 351 | RESPONSE in Opposition re 347 MOTION for Extension of Time to File Response/Reply re: 343 MOTION to Set Aside Judgment *and file Plaintiffs' Motion for Attorneys' Fees and Costs* by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc., Zephyr Investments, Inc.. Replies due by 2/7/2024 (Attachments: # 1 Exhibit A)(White, Nathan) (Entered: 01/31/2024) |
| 02/05/2024 | 352 | REQUEST Pursuant to 58(d) for Entry of Judgment *Under Rules 54, 58(b) and 79 Upon Approval of Jury Verdict Under FRCP 49 and Issuance of a Judgment in Accordance with FRCP 58(a) and 54(b)* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. Responses due by 2/20/2024 (Gessner, L.) Modified text on 2/6/2024 (rth). (Entered: 02/05/2024) |
| 02/05/2024 | 353 | Notice of Withdrawal of document by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, Kamri Norris ***Documents terminated: 349 MOTION Plaintiffs Motion To Register Judgment Pursuant To 28 U.S.C. § 1963 filed by George McKenna, Allen Allen, Rakia Green, Shailesh Jahagirdar, Eric Wheat, Connor Johnson, Jordan Blais, Kamri Norris, Andrew Free. (Gessner, L.) (Entered: 02/05/2024) |
| 02/13/2024 | 354 | TRANSCRIPT of Motion hearing held on 2/16/23 before Judge Cogburn. Court Reporter Kathy Cortopassi, telephone number 301-344-3499. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request.* If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** Release of Transcript Restriction set for 5/10/2024. (kac) (Entered: 02/13/2024) |
| 02/16/2024 | 355 | **ORDER that Pltfs' 347 Motion for Extension of Time to Respond to Defts' 343 MOTION to Set Aside Judgment and to File Pltfs Motion for Attorneys' Fees and Costs is GRANTED IN PART AND DENIED WITHOUT PREJUDICE** |

| | | |
|---|---|---|
| | | **IN PART as stated herein. Signed by US Magistrate Judge W. Carleton Metcalf on 2/16/2024. (ejb)** (Entered: 02/16/2024) |
| 02/20/2024 | 356 | RESPONSE in Opposition re 352 MOTION for Entry of Judgment *Plaintiffs Request Pursuant To FRCP 58(D) For Entry Of Judgment Under Rules 54, 58(B) And 79 Upon Approval Of Jury Verdict Under FRCP 49 And Issuance Of A Judgment In Accordance With FRCP 58(A) And 54(B)* by Amber Curran, Brandy Curran, Troy Curran, Curran Holdings, LLC, Curran Ranch, Green Vault, Inc., Northern Passage, Inc., Ocean Dance, Ocean Tech, Inc., Salish Sea, LLC, TS Leasing, LLC, The Computer Haus NC, Inc.. Replies due by 2/27/2024 (Arnold, Ryan) (Entered: 02/20/2024) |
| 02/27/2024 | 357 | REPLY to Response to Motion re 352 MOTION for Entry of Judgment *Plaintiffs Request Pursuant To FRCP 58(D) For Entry Of Judgment Under Rules 54, 58(B) And 79 Upon Approval Of Jury Verdict Under FRCP 49 And Issuance Of A Judgment In Accordance With FRCP 58(A) And 54(B)* by Allen Allen, Jordan Blais, Andrew Free, Rakia Green, Shailesh Jahagirdar, Connor Johnson, George McKenna, Kamri Norris, Eric Wheat. (Gessner, L.) (Entered: 02/27/2024) |
| 02/27/2024 | | NOTICE of Hearing on Motion re: 352 MOTION for Entry of Judgment *Plaintiffs Request Pursuant To FRCP 58(D) For Entry Of Judgment Under Rules 54, 58(B) And 79 Upon Approval Of Jury Verdict Under FRCP 49 And Issuance Of A Judgment In Accordance With FRCP 58(A) And 54(B)*, 343 MOTION to Set Aside Judgment : Motion Hearing set for 3/18/2024 09:45 AM in Courtroom #5A, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. *This is your only notice - you will not receive a separate document.*(ams) (Entered: 02/27/2024) |
| 03/18/2024 | | Minute Entry: MOTION HEARING held before District Judge Max O. Cogburn, Jr. Re 343 MOTION to Set Aside Judgment , 352 MOTION for Entry of Judgment *Plaintiffs Request Pursuant To FRCP 58(D) For Entry Of Judgment Under Rules 54, 58(B) And 79 Upon Approval Of Jury Verdict Under FRCP 49 And Issuance Of A Judgment In Accordance With FRCP 58(A) And 54(B)*. Motions taken under advisement, order to issue. Plaintiffs attorney: L. Michelle Gessner. Defendants attorney: Nathan White. Court reporter: Rebecca Maxcy. (ams) (Entered: 03/18/2024) |
| 04/08/2024 | 358 | TRANSCRIPT of FINAL PRETRIAL CONFERENCE held on Wednesday, January 25, 2023 before United States District Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21 calendar days to file a *Redaction Request*. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** *(Does this satisfy all appellate orders for this reporter? - No.)* Release of Transcript Restriction set for 7/5/2024. (Reporter: Michelle McGirr, ) (Entered: 04/08/2024) |
| 04/08/2024 | 359 | TRANSCRIPT of IN-CHAMBERS TELEPHONIC CONFERENCE held on Wednesday, February 15, 2023 before United States District Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a *Notice of Intent to Request Redaction* and 21** |

| | | |
|---|---|---|
| | | calendar days to file a *Redaction Request*. **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** *(Does this satisfy all appellate orders for this reporter? - No.)* Release of Transcript Restriction set for 7/5/2024. (Reporter: Michelle McGirr, ) (Entered: 04/08/2024) |
| 04/08/2024 | [360](#) | TRANSCRIPT of JURY TRIAL - DAY 1 held on Tuesday, February 21, 2023 before United States District Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request*. **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** *(Does this satisfy all appellate orders for this reporter? - No.)* Release of Transcript Restriction set for 7/5/2024. (Reporter: Michelle McGirr, ) (Entered: 04/08/2024) |
| 04/08/2024 | [361](#) | TRANSCRIPT of JURY TRIAL - DAY 2 held on Wednesday, February 22, 2023 before United States District Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request*. **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** *(Does this satisfy all appellate orders for this reporter? - No.)* Release of Transcript Restriction set for 7/5/2024. (Reporter: Michelle McGirr, ) (Entered: 04/08/2024) |
| 04/08/2024 | [362](#) | TRANSCRIPT of JURY TRIAL - DAY 3 held on Thursday, February 23, 2023 before United States District Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request*. **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** *(Does this satisfy all appellate orders for this reporter? - No.)* Release of Transcript Restriction set for 7/5/2024. (Reporter: Michelle McGirr, ) (Entered: 04/08/2024) |
| 04/08/2024 | [363](#) | TRANSCRIPT of JURY TRIAL - DAY 4 held on Friday, February 24, 2023 before United States District Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request*. **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at** |

| | | |
|---|---|---|
| | | www.ncwd.uscourts.gov *(Does this satisfy all appellate orders for this reporter? - No.)* Release of Transcript Restriction set for 7/5/2024. (Reporter: Michelle McGirr, ) (Entered: 04/08/2024) |
| 04/08/2024 | 364 | TRANSCRIPT of JURY TRIAL - DAY 5 held on Monday, February 27, 2023 before United States District Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request.* **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** *(Does this satisfy all appellate orders for this reporter? - No.)* Release of Transcript Restriction set for 7/5/2024. (Reporter: Michelle McGirr, ) (Entered: 04/08/2024) |
| 04/08/2024 | 365 | TRANSCRIPT of JURY TRIAL - DAY 7 held on Wednesday, March 1, 2023 before United States District Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request.* **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** *(Does this satisfy all appellate orders for this reporter? - No.)* Release of Transcript Restriction set for 7/5/2024. (Reporter: Michelle McGirr, ) (Entered: 04/08/2024) |
| 04/08/2024 | 366 | TRANSCRIPT of BENCH TRIAL - DAY 1 held on Thursday, March 3, 2023 before United States District Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request.* **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** *(Does this satisfy all appellate orders for this reporter? - No.)* Release of Transcript Restriction set for 7/5/2024. (Reporter: Michelle McGirr, ) (Entered: 04/08/2024) |
| 04/08/2024 | 367 | TRANSCRIPT of JURY TRIAL - DAY 6 [Deliberations] held on Tuesday, February 28, 2023 before United States District Judge Max O. Cogburn, Jr. **NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a** *Notice of Intent to Request Redaction* **and 21 calendar days to file a** *Redaction Request.* **If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER. Policy at www.ncwd.uscourts.gov** *(Does this satisfy all appellate orders for this reporter? - Yes.)* Release of Transcript Restriction set for 7/5/2024. (Reporter: Michelle McGirr, ) (Entered: 04/08/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/15/2024 11:58:01 | | | |
| **PACER Login:** | MGEssnerlaw | **Client Code:** | Billesdon |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-00033-MOC-WCM |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |