FILED: April 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1046 (L)
(1:20-cv-00033-MOC-WCM)

_____

SHAILESH JAHAGIRDAR, on behalf of themselves and all others similarly situated; ALLEN ALLEN, on behalf of themselves and all others similarly situated; JORDAN BLAIS, on behalf of themselves and all others similarly situated; CONNOR JOHNSON, on behalf of themselves and all others similarly situated; RAKIA GREEN, on behalf of themselves and all others similarly situated; ANDREW FREE, on behalf of themselves and all others similarly situated; KAMRI NORRIS, on behalf of themselves and all others similarly situated

       Plaintiffs - Appellees

v.

THE COMPUTER HAUS NC, INC., d/b/a CityMac, a North Carolina Corporation; TROY CURRAN, an individual; ZEPHYR INVESTMENTS, INC., a Washington Corporation; TS LEASING, LLC, a Washington limited liability company; GREEN VAULT, INC., a Washington Corporation; CURRAN RANCH; NORTHERN PASSAGE, INC.; SALISH SEA, LLC; CURRAN HOLDINGS, LLC, a Delaware Corporation; BRANDY CURRAN, an individual; AMBER CURRAN, an individual; OCEAN DANCE, a Cayman Islands foreign registered entity; OCEAN TECH, INC., d/b/a CityMac, a Delaware Corporation

       Defendants - Appellants

 and

MARK CURRAN, an individual; CURRAN BROTHERS, LLC, a Michigan Corporation

       Defendants

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to

Local Rule 45.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk